dfc:km

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **01-6069**

18 U.S.C. §111(a)(1)

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
RANDY ANTHONY WEAVER, )
)
Defendant. )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about June 28, 2000, at Broward County, in the Southern District of Florida, the defendant,

### RANDY ANTHONY WEAVER,

did forcibly assault, resist, oppose, impede, intimidate, interfere with Michael Gloctzner, a Deputy of the United States Marshal's Service, while he was engaged in his official



duties, in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

RANDY ANTHONY WEAVER              **Superseding Case Information:**

**Court Division:** (Select One)      New Defendant(s)        Yes ___   No ___
                                  Number of New Defendants  ___
___ Miami   ___ Key West          Total number of counts    ___
_X_ FTL     ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to  5 days    _X_      Petty       ___
   II   6 to 10 days    ___      Minor       ___
   III  11 to 20 days   ___      Misdem.     ___
   IV   21 to 60 days   ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) NO___
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) NO_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___ NO
7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                        _____
                        DONALD F. CHASE, II
                        ASSISTANT UNITED STATES ATTORNEY
                        Court No. A5500077

*Penalty Sheet(s) attached                                     REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   Randy Anthony Weaver            No.:_____

Count #I: 1
Assault on a federal officer; in violation of 18 U.S.C. 111(a)(1)

*Max Penalty: Three (3) years' imprisonment; $250,000 fine.

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

FORM OBD-34

FCJ (FTL)

FL 0 4535

No. _____

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

RANDY ANTHONY WEAVER

## INDICTMENT

18 USC §111(a)(1)

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____