## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

RANDY ANTHONY WEAVER

**01-6069**

**WARRANT FOR ARREST**

**CASE NUMBER:**

TO: **The United States Marshal
and any Authorized United States Officer**

CR-ROETTGER
MAGISTRATE JUDGE
SNOW

YOU ARE HEREBY COMMANDED to arrest ____RANDY ANTHONY WEAVER____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Assault on a federal officer

in violation of Title _18_ United States Code, Section ___111(a)(1)___

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at _PTD requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

04/03/01, Fort Lauderdale, Florida
Date and Location

*[signature]*
by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: RANDY ANTHONY WEAVER

ALIAS:

LAST KNOWN RESIDENCE: Federal Custody

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH: 07/26/64

SOCIAL SECURITY NUMBER: 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

HEIGHT: 5'10"          WEIGHT: 170

SEX: Male             RACE: White

HAIR: Brown           EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Left upper arm - 2 hearts with "Randy"

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DUSM Glenn Morgan (954) 356-7256