**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

DEFT: RANDY WEAVER (J) # 92903-071        CASE NO: 01-6069-CR-ROETTGER
AUSA: DONALD CHASE                         ATTY:
AGENT:                                     VIOL:
PROCEEDING: I/A ON INDICTMENT              RECOMMENDED BOND: PTD
BOND HEARING HELD - yes / no               COUNSEL APPOINTED: Scott Sakin
BOND SET @:                                To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

*Advised of Charges*
*Sworn for Counsel*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 5/8 | 9:30 | BSS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 5/8 | 9:30 | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 5/4/01   TIME: 11:00   FTL/LSS TAPE # 01 - 025   Begin: 1617   End: 1823