## United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA 404788

UNITED STATES OF AMERICA

V.

RANDY ANTHONY WEAVER

**01-6069**

**WARRANT FOR ARREST**

**CASE NUMBER:**

CR-ROETTGER

**MAGISTRATE JUDGE SNOW**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RANDY ANTHONY WEAVER _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Assault on a federal officer

in violation of Title 18 United States Code, Section 111(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

04/03/01, Fort Lauderdale, Florida
Date and Location

Bail fixed at PTD requested

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at WHCAP from FCI MIAMI | | |
| DATE RECEIVED 4/3/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, USM SD/FL | SIGNATURE OF ARRESTING OFFICER Ed Purchase, SDUSM |
| DATE OF ARREST 5/4/01 | | |