**COURT MINUTES**

## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE, FLORIDA

DEFT: Randy Weaver (J)#   CASE NO: 01-6069-CR-Roettger

AUSA: Don Chase  Laurie Rucoski   ATTY: Scott Sakin  present

AGENT: USM Bill Berry   VIOL: _____

PROCEEDING: PTD HEARING/Arraignment   RECOMMENDED BOND: _____

BOND HEARING HELD - (yes) / no   COUNSEL APPOINTED: _____

BOND SET @: _____   To be cosigned by: _____

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Gov't. proceeds by proffer.

FILED by ___ D.C.
INTAKE
MAY 8 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

USM sworn - Bill Berry

(PTD ordered)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | *(bring Δ at request of atty) | |
| STATUS CONFERENCE: | 5-23-01 | 11:00am | LSS | |

DATE: 5-8-01   TIME: 9:30am   TAPE #: 01-029   Begin: ___   End: ___

ends 11:50 am   310-905