

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.  01-6069-CR-Roettger

UNITED STATES OF AMERICA

vs

Randy Weaver

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  5-8-01  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address:_____In Custody_____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____Scott Sakin_____

                     Address:_____

                     Telephone:_____

BOND SET/CONTINUED:  $_____PTD ordered this date_____

Bond hearing held: yes__X__ no____ Bond hearing set for_____

Dated this__5__day of ___May_____, 20_01_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
       Deputy Clerk

Tape No._01-029_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services