UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,             CASE NO.: 01-6069-CR-ROETTGER

V.

RANDY ANTHONY WEAVER,

    Defendant.
_____/

## DEFENDANT WEAVER'S REQUEST FOR RULE 404(b) EVIDENCE

DEFENDANT, RANDY ANTHONY WEAVER, through undersigned counsel, hereby requests, pursuant to Federal Rule of Evidence 404(b) and S.D. Fla. L.R. 88.10H, that the government advise the Defendant of evidence of other crimes, wrongs, or acts that the government may use at trial. Defendant specifically requests reasonable notice in advance of trial of the general nature of any such evidence.

I HEREBY CERTIFY that a true and correct copy of the above was furnished to the **Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394 this __15__ day of May, 2001.

                      Respectfully submitted:
                      SCOTT W. SAKIN, P.A.
                      Attorney for Defendant
                      1411 N.W. North River Drive
                      Miami, FL 33125
                      Tel: (305) 545-0007
                      Fla. Bar #349089

BY: _____
      Scott W. Sakin, Esq.