UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,                CASE NO.: 01-6069-CR-ROETTGER

V.

RANDY ANTHONY WEAVER,

        Defendant.
_____/

## DEFENDANT WEAVER'S REQUEST FOR EXPERT WITNESS SUMMARIES

DEFENDANT, RANDY ANTHONY WEAVER, through undersigned counsel, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E) and S.D. Fla. L.R. 88.10N, requests a written summary of testimony the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence.

Defendant specifically requests the expert witness(es) opinions, the basis and the reasons for those opinions, and the witness(es) qualifications.

I HEREBY CERTIFY that a true and correct copy of the above was furnished to **Office of the United States Attorney**, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, this _15_ day of May, 2001.

                              Respectfully submitted:
                              SCOTT W. SAKIN, P.A.
                              Attorney for Defendant
                              1411 N.W. North River Drive
                              Miami. FL 33125
                              Tel: (305) 545-0007
                              Fla. Bar #349089

BY: _____
        Scott W. Sakin, Esq.