## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: RANDY WEAVER (J) | CASE NO: 01-6069-CR-ROETTGER |
| AUSA: DON CHASE /pres | ATTY: SCOTT SAKIN /pres |
| AGENT: | VIOL: |
| PROCEEDING: STATUS CONFERENCE | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by __ D.C.
MAY 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.   *disc out*
- ☐ Surrender and / or do not obtain passports / travel documents.   *No pending motions*
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.   *2 days to try*
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.   *Motion to have defts*
- ☐ No contact with victims / witnesses.   *papers turned over to*
- ☐ No firearms.   *him by jail will*
- ☐ Curfew: ___   *be filed.*
- ☐ Travel extended to: ___
- ☐ Halfway House ___

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 5/23/01   TIME: 11:00   FTL/LSS TAPE # 01 - 027   Begin: 500   End: 578

16/DM