NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 01-6069-Cr-ROETTGER

PLAINTIFF,

V.

RANDY WEAVER,
(Reg. No. 92903-071)

DEFENDANT.

_____/



## MOTION TO COMPEL FEDERAL CORRECTIONAL INSTITUTION IN MIAMI TO FURNISH DEFENDANT'S LEGAL DOCUMENTS

DEFENDANT, RANDY WEAVER, through undersigned counsel, moves this Court to order the Federal Correctional Institution in Miami ("FCI Miami") to furnish Defendant's legal papers and correspondence to Defendant's CJA counsel, and in support thereof states the following:

1. Defendant is charged with assault on a federal officer which occurred at the United States District Courthouse in Fort Lauderdale, Florida, on June 28, 2000, in violation of 18 U.S.C. §111(a).

2. Prior to Defendant being arrested on this charge, he had been serving time at FCI Miami for another matter. During that time, Defendant accumulated legal documents and correspondence which will assist in the preparation of the instant case.

3. When Defendant was transferred from FCI Miami to South Carolina due to a violation of supervised release, all of his documents were retained at FCI Miami. FCI Miami has been unwilling to furnish those documents to the Defendant. The documents contain legal papers, correspondence, matters relating to Defendant's prior case, defendant's criminal priors, and other documents which will assist in the preparation of the instant case.

4. This matter was raised in court before Magistrate Judge Snow on May 23, 2001, and the attorney for the government did not voice any objection.

5. The Defendant is indigent and undersigned counsel appears by appointment pursuant to the Criminal Justice Act.

WHEREFORE, it is respectfully requested that this Court order the Federal Correctional Institution in Miami to furnish Defendant's counsel with all papers, legal documents and correspondence which were in the possession of the Defendant at FCI Miami.

> Respectfully submitted:
> SCOTT W. SAKIN, P.A.
> Counsel for Defendant Weaver
> 1411 N.W. North River Drive
> Miami, Florida 33125
> Tel. No. (305) 545-0007
> Fla. Bar No. 349089
>
> By: _____
> Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Donald Chase, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 and to **FCI Miami, Legal Division**, 15801 S.W. 137th Avenue, Miami, Florida 33177 on this 30 day of May, 2001.

By: _____
Scott W. Sakin, Esq.