FILED by _____ D.C.

JUN 19 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA

v

RANDY WEAVER

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for

MONDAY JULY 23, 2001 at 10:30 A.M. at the U.S. District Courthouse,

299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL FOR TRIAL PERIOD BEGINNING TUESDAY JULY 24,2001.
COUNSEL TO NOTIFY THE COURT IF THE DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 6/19/01

BY: _P. Hart_____

Deputy Clerk