UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 01-6069-Cr-ROETTGER

PLAINTIFF,

V.

RANDY WEAVER,

DEFENDANT.

_____/

## DEFENDANT WEAVER'S MOTION TO RE-OPEN DETENTION HEARING

DEFENDANT, RANDY WEAVER, through undersigned counsel and pursuant to 18 U.S.C. 3142(f), moves this Court to re-open the detention hearing wherein the Court ordered pre-trial detention, and in support thereof states the following:

1. RANDY WEAVER is charged with one count of assault on a Marshal[1]. The alleged assault occurred while Mr. Weaver was being escorted from Judge Snow's courtroom to the third floor of the Marshal's Office.

2. At the time of the detention hearing,[2] Mr. Weaver was serving a prison sentence. This prison sentence expired on June 21, 2001. Accordingly, circumstances have changed since the Defendant appeared at the initial detention hearing.

---

[1] In violation of 18 U.S.C. 111(a)(1).

[2] Before Magistrate Judge Seltzer on May 8, 2001.

NON-COMPLIANCE OF S.D. Fla. L.R.



3. Moreover, at the initial detention hearing, the government asserted that the Defendant had a prior record, relying upon the Pre-Trial Services Report. While the Defendant does have a significant criminal history, it is not nearly as severe as that asserted by the government. Other than an erroneous Pre-Trial Services Report, the Defendant has received no copies of his criminal record.[3]

WHEREFORE, based upon the foregoing, along with the fact that the Defendant has completed serving his prior sentence and a review of Defendant's true criminal record, there are conditions of release that will reasonably assure the Defendant's appearance in court at future proceedings. Undersigned counsel did confer with Assistant United States Attorney, Donald Chase, who objects to any pre-trial release.

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Counsel for Defendant Weaver
1411 N.W. North River Drive
Miami, Florida 33125
Tel. No. (305) 545-0007
Fla. Bar No. 349089

By: _____
Scott W. Sakin, Esq.

---

[3] As required by the standing discovery order (A.4) and Federal Rule of Criminal Procedure 16(a)(1)(B).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Donald Chase, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 on this ____ day of June, 2001.

By: _____
Scott W. Sakin, Esq.