UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 01-6069-Cr-ROETTGER

    PLAINTIFF,

V.

RANDY WEAVER,

    DEFENDANT.

_____/

## DEFENDANT WEAVER'S MOTION TO RE-OPEN DETENTION HEARING

DEFENDANT, RANDY WEAVER, through undersigned counsel and pursuant to 18 U.S.C. 3142(f), moves this Court to re-open the detention hearing wherein the Court ordered pre-trial detention, and in support thereof states the following:

1. RANDY WEAVER is charged with one count of assault on a Marshal[1]. The alleged assault occurred while Mr. Weaver was being escorted from Judge Snow's courtroom to the third floor of the Marshal's Office.

2. At the time of the detention hearing,[2] Mr. Weaver was serving a prison sentence. This prison sentence expired on June 21, 2001. Accordingly, circumstances have changed since the Defendant appeared at the initial detention hearing.

---

[1] In violation of 18 U.S.C. 111(a)(1).

[2] Before Magistrate Judge Seltzer on May 8, 2001.

NON-COMPLIANCE OF S.D. fla. L.R.