UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 01-6069-Cr-ROETTGER

PLAINTIFF,

V.

RANDY WEAVER,

DEFENDANT.

_____/

## JOINT MOTION FOR CONTINUANCE

DEFENDANT, RANDY WEAVER, through undersigned counsel, and the United States, through Assistant Untied States Attorney Donald Chase, move this Court to continue the trial period currently set for a calendar call on July 23, 2001, and a trial period beginning on July 24, 2001, and in support thereof states the following:

1. On July 23, 2001, Defendant's attorney will be out of the district on summer vacation. Counsel, Scott W. Sakin, has pre-paid plans to visit his daughter at summer camp departing July 21, 2001, and then to depart to northern Europe for a family vacation. Attorney Sakin will return to the district on August 13, 2001.

2. Assistant United States Attorney reports that the agents needed for this case will also be out of the district until the middle of August, 2001.

3. This motion is made in good faith by both the Defendant and the



government, and is not for purpose of delay.

WHEREFORE, the government and the Defendant respectfully moves this

Court to continue the calendar call and trial date to any date after August 15, 2001.

>Respectfully submitted:
>
>SCOTT W. SAKIN, P.A.
>Counsel for Defendant Weaver
>1411 N.W. North River Drive
>Miami, Florida 33125
>Tel. No. (305) 545-0007
>Fla. Bar No. 349089
>
>By: _____
>Scott W. Sakin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed

to **Donald Chase, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard,

7th Floor, Fort Lauderdale, Florida 33394 on this __10__ day of June, 2001.

>By: _____
>Scott W. Sakin, Esq.