UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RANDY WEAVER, | ) |
| | ) |
| Defendant. | ) |



## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States files this supplemental response to the Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

A.  5.  Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected on a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700 in Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. Such attachments include the following documents: State of New York v. Randy Weaver, case number 86-0932-1 judgement and commitment order, violation of probation order filed 6/9/87, 12/7/8; Onondaga County, New York Sheriff's Department Booking Photograph of Face and Tattoo; Billings, Montana Police Department fingerprints dated 12/23/94 and 10/26/94 and booking photographs; United States v. Randy Weaver, District of South Carolina case number CR 6:96-96 judgment and commitment order and revocation of supervised release.

    B.        DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time:   Around 11:00 A.M.
        Date:   June 28, 2000
        Place:  Fort Lauderdale Federal Courthouse

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By: *Donald F. Chase II*

      DONALD F. CHASE, II
      ASSISTANT UNITED STATES ATTORNEY
      Court No. A5500077
      500 East Broward Boulevard, Suite 700
      Fort Lauderdale. Florida 33394
      Tel: (954) 356-7255
      Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 23rd day of July 2001 to Scott Sakin, Esquire, 1411 N. River Drive, Miami, FL 33125.

                              *Donald F. Chase II*

                              DONALD F. CHASE, II
                              ASSISTANT UNITED STATES ATTORNEY