UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 01-6069-Cr-ROETTGER

    PLAINTIFF,

V.

RANDY WEAVER,

    DEFENDANT.
_____/

## DEFENDANT WEAVER'S NOTICE OF WITHDRAWAL OF MOTION

DEFENDANT, RANDY WEAVER, through undersigned counsel, hereby files this Notice of Withdrawal of his Motion to Compel Federal Correctional Institution in Miami to Furnish Defendant's Legal Documents (Docket Entry #17), as the requested documents have been provided and the motion is therefore moot.



Respectfully submitted:

SCOTT W. SAKIN, P.A.
Counsel for Defendant Weaver
1411 N.W. North River Drive
Miami, Florida 33125
Tel. No. (305) 545-0007
Fla. Bar No. 349089

By: *Scott W. Sakin*
    Scott W. Sakin, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Donald Chase, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394 on this 25th day of July, 2001.

By: *Scott W. Sakin*
    Scott W. Sakin, Esq.