UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RANDY WEAVER,

        Defendant.

_____/

### DEFENDANT WEAVER'S REQUEST FOR COPY OF COURT TRANSCRIPTS

COMES NOW, the Defendant, Randy Weaver, filinf Ex Parte', does hereby move this Honorable Court for an order granting that the Transcript's of his Initial Appearance, Detention Hearing and Motion Status Hearing be provided to him at the expense of the Government, pursuant to Rule 5.1(c) of the Federal Rules of Criminal Procedure. The Defendant request said transcripts in view of the following:

1. The transcript from the Initial Appearance of the Defendant in front of the Honorable United States Magistrate Judge Lurana S. Snow, will be used to prove that the Government misled the Court at said hearing, and that the Honorable Magistrate Judge Lurana S. Snow had recused herself after becoming aware that she would be called as a witness in this matter;

2. The transcript from the Detention Hearing will be further used to support the Defendant's claim that the Government is misleading the Court in a manner that violates the Defendant's Constitutional Rights;



3. The transcript of the Motion Status Hearing will be used to further establish the fact that the Government has continued to mislead the Court, especially when the Government was well aware that the Honorable Magistrate Judge Lurana S. Snow had previously recused herself, and yet brought the Defendant before the same Magistrate again in an attempt to have her disqualified as a witness because she would then be bais to the case, having previously heard motions from the Defense.

**WHEREFORE,** the Defendant has alleged and is alleging that the Government has engaged in malicious prosecution and vindictiveness in this case, and that the transcripts are needed so that the Defendant can properly prepare his arguments before this Court.

> Respectfully Submitted,
>
> *Randy Weaver* (signature)
>
> Randy Weaver
> Defendant/Ex Parte'

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed to Donald Chase, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th floor, Fort Lauderdale, Florida 33394, as well as Mr. Scott Sakin, CJA., 1411 N.W. River Drive, Miami, Florida 33125, on this __24__ day of August, 2001.

Respectfully Submitted,

By: _Randy Weaver_

Randy Weaver

Defendant/ Ex Parte'

Donald Chase, Esq.
Assistant United States Attorney
Office of the United States Attorney
500 E. Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394                           August 26, 2001.

    RE: **U.S.A. v. Randy Weaver**
        **Case No: 01-6069-Cr-Roettger**

Dear Mr. Chase:

    Enclosed herein is a Motion to Compel Discovery.

    Please find enclosed a motion to Compel Discovery, that I recently provided to the United States District Court Clerk, as well as Mr. Scott Sakin, CJA in this case. I have personal knowledge that your office is in possession of said items listed in the application to compel.

    Further, I have informed counsel, Mr. Sakin that there will also be a Suppression issue in this case in relation to item(s) seized by the United States Marshals' on June 22, 2000, as well as a letter removed from this Defendant on June 28, 2000, by Deputy U.S. Marshal, Michael Gloetzner. A copy of said letter's in question, as stated in (2) of motion, have been provided to Mr. Sakin so that he is aware of what the content(s) of said letters involved.

    Pursuant to Local Rule 88.10, this office has withheld exculpatory evidence from the defense, and has thereby denied the Defendant Due Process and Equal Protection of the law, as stated in the United States Constitution. I hereby further request that you make available to the Defendant the criminal records of the witnesses that you intend to call at trial, especially Harold D. Neal, B.O.P. # 49721-019, and James W. Gurgis, B.O.P. # 04292-025, as the Defendant is aware, and has knowledge of criminal acts committed by said individual Harold D. Neal and James W. Gurgis. Federal Rules of Criminal Procedure, Rule 16 A.5,(C)(D)(E), and Local Rules 88.10.

                                              Sincerely Yours,

**xc:** RAW/file
    Scott Sakin, CJA
    U.S. Dist. Ct. ✓

                                  Randy Weaver
                                  Defendant/ Ex Parte'

**EXHIBIT "A-1"**

SCHEDULE OF ITEMS REQUESTED FOR DISCOVERY

The Defendant hereby states that the Government has failed to provide the following:

1. The Criminal Records for the Government's witness, HAROLD D. NEAL, B.O.P. # 49721-019;

2. The Criminal Records for Government witness, JAMES W. GURGIS, B.O.P. # 04292-025;

3. Letter's that the Defendant had written to Assistant United States Attorney, Debra Stuart in reference to the criminal case now pending, especially the letter dated November 16,2000, in which the Defendant requested that the U.S. Attorney's Office investigate the allegations of assault by Deputy Marshals' Michael Gloetzner and Deputy Marshal James Meehan;

4. The letter sent to the United States Marshals' Office requesting that the Marshals' involved in this pending case, return the property to the Defendant that was illegally seized from Defendant on June 22,2000, especially in view of the fact that the same is subject to suppression pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure;

5. Color photo's that were taken of the Defendant on June 28,2000, by Deputy U.S. Marshal James Meehan shortly after the Defendant was assaulted by Deputy Marshal Michael Gloetzner;

6. Any criminal record of the Defendant that supports the Government's assertion that the Defendant had been "convicted" for numerous "aggravated Batteries" as stated by the Government at the Defendant's detention Hearing held on May 8,2001;

7. and any other evidence which is subject to discovery pursuant to Local Rule 88.10 and Rule 16 of the Federal Rules of Criminal Procedure.

The Defendant request that this information be provided forthwith, in order to assure that the Defendant receives a fair trial.

Sincerely Yours,

Randy Weaver

Randy Weaver
Defendant/ Ex Parte'

To: The Honorable Clerk of Court
United States District Court
Southern District Of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301
RE: U.S.A. v. RANDY WEAVER
CASE NO: 01-6069-Cr-Roettger
MOTION TO SUPPRESS

Dear Honorable Clerk;                          August 23, 2001

    Please find enclosed, a true and correct copy of the Defendant's Motion to Suppress illegally seized evidence Pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure.

    A true and correct copy of said motion was also filed with the A.U.S.A. Donald Chase, Esq., Defendant moves this Honorable Court to hold a hearing in said matter so that Defendant's Constitutional Rights are protected.

    I thank this Honorable Court in advance for its time and its consideration in the foregoing matter.

                                          Respectfully Submitted,

                                          Randy Weaver
                                          Defendant/Ex Parte'

xc:RAW/file
Scott Sakin, CJA
A.U.S.A. Donald Chase, Esq,.