UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY WEAVER,

    Defendant.

_____/

### DEFENDANT WEAVER'S MOTION TO SUPPRESS ILLEGALLY SEIZED PROPERTY

COMES NOW, Randy Weaver, the Defendant, in the above-entitled matter, does hereby move Ex Parte', for an Order from the Court, suppressing any and all property seized from the Defendant's residence on June 22,2000, pursuant to Federal Rules of Criminal Procedure, Rule 41(e).

Defendant states that said property listed herein was seized in violation of Defendant's Constitutional Rights, both Federal and State, and without any search warrant for the same.

The Defendant would request an evidentiary hearing in this matter.

Defendant does file the attached affaidavit in support of said motion.

                                  Respectfully Submitted,

                                  *Randy Weaver* (signature)

                                  Randy Weaver

                                  Defendant/ Ex Parte'