UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA

v

RANDY WEAVER



FILED by _____ D.C.

SEP 1 ?

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY OCTOBER 1, 2001 at 9:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

TRIAL

CLARENCE MADDOX, CLERK

DATED: 9/17/01

BY: P. Hart

Deputy Clerk

