UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 01-6069-Cr-ROETTGER

Plaintiff,

v.

RANDY WEAVER,

Defendant.
_____/

## DEFENDANT WEAVER'S MOTION TO DISCHARGE CJA COUNSEL AND TO REPRESENT HIMSELF PURSUANT TO FARETTA VS. CALIFORNIA

DEFENDANT, RANDY WEAVER, through counsel, moves this Court to discharge Court Appointed Counsel and permit the defendant to represent himself and in support thereof states the following:

1. Undersigned counsel was appointed pursuant to the Criminal Justice Act to represent Randy Weaver.

2. Randy Weaver has indicated, to undersigned counsel, on several occasions that he may wish to represent himself.

3. On September 19, 2001, Randy Weaver made it clear that he did not wish undersigned counsel to proceed further and that Weaver requests to appear in court for a Faretta inquiry so that Weaver may represent himself at the trial.

4. This case is currently set for trial October 1, 2001.

WHEREFORE, Defendant respectfully moves the court to discharge SCOTT W. SAKIN from further responsibility in this case and the court permit RANDY WEAVER to represent himself at all further proceedings in this cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to **Donald Chase, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394; **Randy Weaver**, ##92903-071, c/o Federal Detention Center, P.O. Box 019120, Miami, Florida 33101-9120, on this _____ day of September, 2001.

        Respectfully submitted,

        SCOTT W. SAKIN, P.A.
        Counsel for Defendant Weaver
        1411 N.W. North River Drive
        Miami, Florida 33125
        Tel. No. (305) 545-0007
        Fla. Bar No. 349089

        By: _____
            Scott W. Sakin, Esq.