UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 01-6069-Cr-ROETTGER

UNITED STATES OF AMERICA, ]
Plaintiff, ]
v. ]
]
RANDY WEAVER, ]
Defendant. ]
______________________________/

**DEFENDANT WEAVER'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE ON GROUNDS OF VINDIVTIVE PROSECUTION, PRE-INDICTMENT DELAY, BAD FAITH, OUTRAGEOUS MISCONDUCT AND DUE PROCESS VIOLATIONS**

---

SIR:

**PLEASE TAKE NOTICE** that upon the verified annexed affidavit of Randy Weaver, and upon all the papers and proceedings had herein, the Defendant will respectfully move this Honorable Court, at a term thereof to be held at the United States District Courthouse in Fort Lauderdale, Florida, on the 26th day of September, 2001, at 10:30 a.m. for an Order dismissing the charge of Assault on a United States Marshal in violation of 18 U.S.C. § 111(a)(1) against the Defendant for Vindictive Prosecution, Pre-Indictment Delay, Bad Faith, Outrageous Misconduct and Due Process Violations for which he was held to answer, and for such other and further relief as to this Court may seem just and proper.



TO: Hon: Donald Chase, Esq.,
Assistant United States Attorney
Southern District of Florida

Respectfully Submitted,

Randy Weaver
Defendant/Pro Se
# 92903-071
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120