UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 01-6069-Cr-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RANDY WEAVER,

    Defendant.

_____/

### DEFENDANT WEAVER'S MOTION TO COMPEL DISCOVERY

NOW COMES, the Defendant, Randy Weaver, and respectfully shows the Court the following:

1. On _August 24_ ,2001, a letter was sent by the Defendant to the Government, in accordance with Local Rule 88.10, et seq., of the United States District Court, Southern District of Florida, and Federal Rules of Criminal Procedure, Rule 16, requesting production of certain documents, and/or other tangible objects.

A copy of said letter is hereby attached as exhibit "A", and incorporated herein.

2. The Defendant alleges that the Government has failed to turn over letter's written by the Defendant back in or around November of last years, and in particular, on November 16,2000, in which Defendant specifically requested the A.U.S.A. Debra Stuart to please begin criminal action against Deputy Marshal James Meehan, and Deputy Marshal Michael Gloetzner, in reference to the Defendant being assaulted by them on June 28,2000. The exact issue that is before the Court now. Further, the Government has stipulated in its previous discoveries, that the



Government is unaware of any prior criminal record of any Government witness.

This clearly contradicts the fact that the Government had interviewed two Government witnesses at Federal Correctional Facilities, therefore, one could obviously assume that these two individuals do have prior criminal records, and that the Government is being very reluctant to disclose that information to the Defendant. There is also the issue of the items that the Government claims to have in their possession that belong to the Defendant in this case. I believ that there will be an issue to suppress said items in view of several violations regarding their seizure. (See enclosed Motion to Suppress). There is also atleast one letter written to the United States Marshals' Office by the Defendant in reference to his obtaining this illegally seized property. The Marshals' obviously never responded to the Defendant's request.

3. As of this date  September 21   ,2001, the Government has not responded to the Defendant's request.

**WHEREFORE**, Defendant Randy Weaver, respectfully moves this Honorable Court, pursuant to Fed. R.Crim.P. Rule 16; Brady v. Maryland, 373 U.S. 83, 10 L.Ed.2d 215, 83 S.Ct. 1194 (1963), and its progeny, and 18 U.S.C.S. § 3500 (the "Jencks Act") to direct an order compelling discovery of the aforementioned material.

Dated:  September 21   ,2001.          Respectfully Submitted,

*[signature: Randy Anthony Weaver]*

Randy Anthony Weaver

Defendant/Ex Parte'

**EXHIBIT "A-1"**

SCHEDULE OF ITEMS REQUESTED FOR DISCOVERY

The Defendant hereby states that the Government has failed to provide thefollowing:

1. The Criminal Records for the Government's witness, HAROLD D. NEAL, B.O.P. # 49721-019;

2. The Criminal Records for Government witness, JAMES W. GURGIS, B.O.P. # 04292-025;

3. Letter's that the Defendant had written to Assistant United States Attorney, Debra Stuart in reference to the criminal case now pending, especially the letter dated November 16,2000, in which the Defendant requested that the U.S. Attorney's Office investigate the allegations of assault by Deputy Marshals' Michael Gloetzner and Deputy Marshal James Meehan;

4. The letter sent to the United States Marshals' Office requesting that the Marshals' involved in this pending case, return the property to the Defendant that was illegally seized from Defendant on June 22,2000, especially in view of the fact that the same is subject to suppression pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure;

5. Color photo's that were taken of the Defendant on June 28,2000, by Deputy U.S. Marshal James Meehan shortly after the Defendant was assaulted by Deputy Marshal Michael Gloetzner;

6. Any criminal record of the Defendant that supports the Government's assertion that the Defendant had been "convicted" for numerous "aggravated Batteries" as stated by the Government at the Defendant's detention Hearing held on May 8,2001;

7. and any other evidence which is subject to discovery pursuant to Local Rule 88.10 and Rule 16 of the Federal Rules of Criminal Procedure.

The Defendant request that this information be provided forthwith, in order to assure that the Defendant receives a fair trial.

Sincerely Yours,

*[signature]*

Randy Weaver
Defendant/ Ex Parte'

**CERTIFICATE OF SERVICE AND MAILING**

I HEREBY CERTIFY that I did personally cause to be served upon Donald Chase, Esq., Assistant United States Attorney, a true and correct copy of the foregoing, by depositing the same in the United States Mail Service, postage pre-paid and addressed as follows: Hon. Donald Chase Esq., Assistant United States Attorney 500 East Broward Boulevard 7th Floor Fort Lauderdale, Florida 33394, on this 21st day of September, 2001.

Respectfully Submitted,

Randy Weaver
Defendant/Pro Se
# 92903-071
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120