**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 01-6069-Cr-ROETTGER**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| v. | ] |
| | ] |
| RANDY WEAVER, | ] |
| Defendant. | ] |
| _____/ | |



### DEFENDANT WEAVER'S NOTICE TO COMPEL POLYGRAPH EXAMINATION
### OF PROSECUTION WITNESS

PLEASE TAKE NOTICE, that upon the annexed Affidavit and Memorandum of Law of Randy Weaver, and upon all the papers and proceedings heretofore had herein, the undersigned will move the Hon. Norman C. Roettger, Jr., on September 26, 2001, at the United States District Courthouse, located at 299 East Broward Boulevard, Fort Lauderdale, Florida, at 10:30 a.m. or as soon thereafter as the Defendant can be heard, for an Order compelling the Government to submit its witness in chief, Mr. Michael Gloetzner, to a polygraph examination, to determine the truth or falsity of testimony given by said witness before the Grand Jury, and any other testimony or statements of said witness, and for such other and further relief as to this Court may seem just and proper.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 01-6069-Cr-Roettger

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RANDY WEAVER,

        Defendant.

_____/

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL

## POLYGRAPH EXAMINATION OF PROSECUTION WITNESS

COMES NOW, Randy WEaver, being duly sworn, deposes and says:

1. I am the Defendant, filing Ex Parte', in the above-entitled proceeding, and am fully familiar with all the facts and prior proceedings.

2. It is essential in order to protect Defendants Sixth Amendment of the United States Constitution that the truth or falsity of the material facts be determined and that a Polygraph Examination be given to Michael Gloetzner concerning his testimony before the Grand Jury, and/or any statements that he has provided in this case which will be used at trial.

3. The Florida State Police and Police Departments throughout this country, including Federal Law Enforcement Agencies, do now regularly use, administer, and rely on the polygraph examination to determine the truth or the deception of the statements of witnesses. The reliability of these tests has also been confirmed and accepted by the F.B.I., Secret Service, and this country's Armed Services, as well as the Central Intelligence Agency and the National Security

-1-

Adminstration.

4. Defendant Weaver request these services to be furnished to test both himself and the prosecution witness Michael Gloetzner. Defendant Weaver further volunteers to be subjected to Sodium Pentathal during said polygraph examination, and requests that prosecution witness Michael Gloetzner be similarly injected.

5. It is requested that the Government witness, Michael Gloetzner be throughly interviewed in this matter, and that said interview be taped, and be submitted to a polygraph expert trained in the science of discerning falsehood through the inflection of voices. The Defendant is also willing to be subjected to a similar examination.

6. I request a polygraph test be administered so the entire issue in this case-the credibility of the testimony of Michael Gloetzner versus the credibility of the Defendant-be subjected to the most objective and scientific scrutiny.

7. Unless this application is granted, Defendant Weaver will be deprived of Equal Protection and Due Process as guaranteed by the Constitution of the United States.

**WHEREFORE,** I respectfully pray that the relief sought in this notice of motion herein be in all respects granted and for such other and further relief as to the Court may seem just and proper.

[JURAT]

Respectfully Submitted,

*[signature]*

Randy Weaver

Defendant/Ex Parte'

-2-