UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA,   :
    Plaintiff,   :
v.   :
RANDY WEAVER,   :
    Defendant.   :

FILED by ___ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS CAUSE is before the Court on the defendant's Motion to Discharge CJA Counsel (filed September 21, 2001), which was referred to United States Magistrate Judge, Lurana S. Snow. A hearing on the motion was held on September 26, 2001. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. Scott Sakin, Esquire, shall remain as court appointed counsel for the defendant, Randy Weaver.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28 day of September, 2001.

                              Lurana S. Snow
                              LURANA S. SNOW
                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Don Chase (FTL)
Scott Sakin, Esq.