```
UNITED STATES OF AMERICA,        UNITED STATES DISTRICT COURT
                                 SOUTHERN DISTRICT OF FLORIDA

                                 Case No.:01-6069-CR-ROETTGER
v.
                                 ORDER
RANDY WEAVER,

         Defendant.        /
```



CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon various motions of the defendant to this cause.

Defendant files numerous pro se motions (docket entries ## 24, 28, 29, 35, 39 & 40). Defendant is represented by Scott W. Sakin who was appointed on May 4, 2001. At a hearing on defendant's motion to discharge counsel before Magistrate Judge Lurana S. Snow, defendant accepted Mr. Sakin as his legal representative and the motion was denied by the Magistrate. The pro se filings by defendant are an attempt to have hybrid representation. Whether to permit hybrid representation is a matter within the discretion of the court. Cross v. United States 893 F.2d 1287 (11th Cir. 1990). The court sees no reason to permit such in this matter. Accordingly, it is

**ORDERED AND ADJUDGED** that the pro se motions filed by defendant (docket entries ## 24, 28, 29, 35, 39 & 40) are **DENIED** without prejudice to be refiled by counsel of record if



appropriate.

**DONE AND ORDERED** this __28__ day of __Sept__,

2001.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record