UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA )
)
)
v. )
)
)
RANDY WEAVER, )
)
Defendant. )
)

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER**

The United States files this supplemental response to the Standing Discovery Order issued in this case. This supplemental response is numbered to correspond to that Order.

A. 5. Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected on a mutually convenient time at the Office of the United States Attorney, 500 East Broward Boulevard, Suite 700 in Fort Lauderdale, Florida. Please call the undersigned to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government may intend to introduce at trial. Such attachments include the following: xerox copies of 8 photographs taken of the hallways on the 2nd and 3rd floors of the Fort Lauderdale Federal Courthouse where the defendant assaulted the DUSM; and latent examiner's report.

H. The government hereby advises the defendant prior to trial of its intent to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). See attached reports from the Greenville County Sheriff's Office regarding the arrest of the defendant for a September 25, 1998 assault and battery upon a police officer while handcuffed.

M. The government is aware of latent fingerprints or palm prints which have been identified by a government expert as those of the defendant. See the attached report of DUSM John Amat. DUSM received his latent identification and comparison training at an 80 hour FDLE training course in 1997 where he graduated number 1 in his class. DUSM Amat has conducted approximately 100 latent comparisons. DUSM Amat has testified in federal court and been qualified as an expert witness in Miami, Fort Lauderdale, Tallahassee, and Providence, Rhode Island.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

Time: Around 11:00 A.M.
Date: June 28, 2000
Place: Fort Lauderdale Federal Courthouse

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: [signature]
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale. Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 2nd day of October 2001 to Scott Sakin, Esquire, 1411 N. River Drive, Miami, FL 33125.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2nd

2nd

3Rd

From Elevator
At Elevator

1-cr-06069-NCR Document 46 Entered on FLSD Docket 10/03/2001 Pag

U.S. Department of Justice

United States Marshals Service

*Southern District of Florida*

*Miami, FL 33128-7785*

To: Don Chase
Assistant U. S. Attorney

September 28, 2000

A comparison of the fingerprints on the below standards has been made by Deputy John D. Amat, Certified Fingerprint Examiner. This resulted in a positive identification. All of the standards were made by the same individual.

Standard "A"

Fingerprints of Subject: Weaver, Randy DOB: 07-26-1964
Arrested on: 02-16-1984 Case# 84-078
Standard: Arrested and Fingerprinted by Clay, NY police
Charge: Sexual Abuse, Larceny, Resisting Arrest

Standard "B"

Fingerprints of Subject: Weaver, Randy DOB: 07-26-1964
Arrested on: 12-07-1985 Case# 85-556
Standard: Arrested and Fingerprinted by Clay, NY police
Charge: Resisting Arrest, Disorderly Conduct

Standard "C"

Fingerprints of Subject: Weaver, Randy DOB: 07-26-1964
Arrested on: 04-22-1986 Case# 3107D211
Standard: Arrested and Fingerprinted by State Police, Oneida, NY
Charge: Criminal Possession of a Weapon

Standard "D"

Fingerprints of Subject: Weaver, Randy DOB: 07-26-1964
Arrested on: 04-24-1989 Case# 64617-N
Standard: Arrested and Fingerprinted by Sheriff's Office, Syracuse, NY
Charge: Rape, Sodomy, Burglary, Sexual Abuse

Standard "E"

Fingerprints of Subject: Weaver, Randy    DOB: 07-26-1964
Arrested on: 05-24-1991    Case# 64617-N
Standard: Arrested and Fingerprinted by Sheriff's Office, Syracuse, NY
        Charge: Aggravated Harassment

Standard "F"

Fingerprints of Subject: Weaver, Randy    DOB: 07-26-1964
Arrested on: 12-23-1994    Case#
Standard: Arrested and Fingerprinted by Sheriff's Office, Billings, MT
        Charge: Felony Assault, Domestic Abuse

Standard "G"

Fingerprints of Subject: Weaver, Randy    DOB: 07-26-1964
Arrested on: 02-26-1996    Case# 92903-071
Standard: Arrested and Fingerprinted by U.S. Marshals, Columbia, SC
        Charge: Threatening the President

Standard "H"

Fingerprints of Subject: Weaver, Randy    DOB: 07-26-1964
Arrested on: 06-22-2000    Case# 92903071
Standard: Arrested and Finger printed by U.S. Marshals, Ft. Lauderdale, FL
        Charge: Violation of Supervised Release

Sincerely,

John D. Amat, Deputy U.S. Marshal
Certified Fingerprint Examiner

# GREENVILLE COUNTY SHERIFF'S OFFICE
# INCIDENT REPORT

AGENCY I.D. SC0230000 | OFFENSE BB | CLASS 9011 | DAY
*MOF*
CASE NUMBER S0 98 0001 0 75 60

**EVENT**

INCIDENT TYPE:
1. ASSAULT AND BATTERY ON POLICE OFFICER — Offense completed: YES — Forced entry: NO — Premise type: 15
2. WHILE RESISTING ARREST

INCIDENT LOCATION: 4 MC GEE ST, G'VILLE, ZIP CODE 29601

| Incident Date | Time | To Date | Time | Weapon Type | Time Arrived | Time Completed | Patrol District |
|---|---|---|---|---|---|---|---|
| 09-25-98 | 0130 | — | — | 40 | 0130 | 0250 | CJ71 |

COMPLAINANT'S NAME: SAME AS VICTIM
ADDRESS: SAME AS VICTIM

**VICTIM**

VICTIM'S NAME: SIMMONS C.B — Relationship to subject: ST — Resident: R — Race: W — Sex: M — Age: 30 — Daytime phone: 422 2060 — Evening phone: 422 2060
ADDRESS: 666 PERIMETER RD, GREENVILLE, SC 29605 — Patrol district: 68
VICTIM INJURY: YES — EXPLAIN: SKIN BROKEN ON LEFT WRIST

**SUBJECT**

SUBJECT — WARRANT — ARREST
NAME: WEAVER, RANDY ANTHONY — Race W — Sex M — Age 34 — Date of birth 07-26-64 — Height 5-10 — Weight 150 — Hair BRN — Eyes BRN
ADDRESS: 45 DORSEY BLVD — SSN 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
CITY: GREENVILLE — STATE SC — ZIP CODE 29611 — Patrol district 10
Subject using alcohol: YES — Arrested near offense scene: YES
Date/time of offense: 09-25-98 0130 — Date/time of arrest: 09-25-98 0100
ARRESTEE ARMED: NO
ARRESTED ON CURRENT OFFENSE — ON VIEW ARREST

CHARGES: ASSAULT AND BATTERY ON POLICE OFFICER WHILE RESISTING ARREST — WARRANT #: F-986325

**VEHICLE**

(blank)

**NARRATIVE**

ON THIS DATE AT APPROX. 0100 HRS I ARRESTED LISTED SUSPECT FOR OUTSTANDING WARRANTS AND TRANSPORTED HIM TO LEC (DETENTION). AT ABOVE TIME I BEGAN TO EMPTY SUSPECTS POCKETS PRIOR TO THE ARRAIGNMENT, WHEN HE POSITIONED HIS BODY IN A DEFENSIVE STANCE AND SAID "DON'T BE TAKEN NOTHIN OUT OF MY POCKETS". I CONTINUED ANYWAY. THE SUSPECT THEN STATED TO ME "YOU DON'T KNOW WHO THE FUCK YOU MESSIN WITH!"

JURISDICTION OF THEFT: N/A — JURISDICTION OF RECOVERY: N/A

**PROPERTY**

TYPE: AI — STOLEN: O — DAMAGED: AC — BURNED: F

**ADMIN.**

SUBJECT ARRESTED: YES — ARRESTED 18 AND OVER
REPORTING OFFICER: SIMMONS C.B (4) #309 — DATE 09-25-98 — UNIT NO. E66
APPROVING OFFICER: [signature] — DATE 092598 — UNIT NO. E40

ENTERED 9-9-98

RECORDS

1-cr-06069-NCR Document 46 Entered on FLSD Docket 10/03/2001 Page

AGENCY I.D. SC0230000

# GREENVILLE COUNTY SHERIFF'S OFFICE SUPPLEMENTAL REPORT

CASE NUMBER: 30980001 / 0756

* UOF *

INCIDENT TYPE: ASSAULT AND BATTERY ON POLICE OFFICER WHILE RESISTING ARREST

PATROL DISTRICT: CJ11 PAGE 2 OF 2 PAGES

I.D. OVERFLOW

NAME: SEE PAGE 1

RESIDENT: J S O U

ARRESTEE ARMED ☐ YES ☐ NO WEAPON TYPE ☐ ON VIEW ARREST ☐ SUMMONED ☐ CUSTODY

JUVENILE DISPOSITION: 1. ☐ HANDLED, RELEASED ☐ REFERRED TO OTHER AUTHORITY

I THEN POSITIONED MYSELF TO THE REAR OF SUSPECT FOR MY SAFETY AND HIS. THE SUSPECT THEN BEGAN TO STRUGGLE WITH ME AT WHICH TIME DEPUTY CANNON (D44) AND OFFICER WILLIAMS (GREENVILLE CITY PD) ASSISTED IN RESTRAINING SUSPECT. THE SUSPECT THEN WITH HIS RIGHT FOOT KICKED MY LEFT LEG ATTEMPTING TO KNOCK ME TO THE FLOOR. AT THAT TIME WHILE CANNON AND WILLIAMS RESTRAINED SUSPECT I CALLED FOR DETENTION OFFICERS TO ASSIST AND TAKE HIM ON INTO DETENTION. THE SUSPECT WAS THEN PLACED IN A PADDED CELL. I THEN SIGNED LISTED WARRANT AND JUDGE NELSON SET BOND AT $10,000.

SGT. RAINEY (C4) WAS BRIEFED OF INCIDENT.

| JURISDICTION OF THEFT | JURISDICTION OF RECOVERY | |
|---|---|---|
| -N/A- | -N/A- | ☑ ARRESTED 18 AND OVER |

REPORTING OFFICER: SIMMONS C.B (4) X 309 DATE: 09-25-98 UNIT NUMBER: E46 APPROVING OFFICER: [signature] DATE: 092898 UNIT NUMBER: E40

AGENCY I.D. SC0230000

GREENVILLE COUNTY SHERIFF'S OFFICE
SUPPLEMENTAL REPORT

U.O.: 3098000110756C

☒ SUPPLEMENTAL REPORT

Offense Type: Assault and Battery on Police officer while resisting Arr.

CJ-11

☒ SUBJECT • 1

NAME (LAST, FIRST, MIDDLE): Weaver Randy Anthony

ST

J S O U W M 34 7-2-

ADDRESS: 49 Dorsey Blvd. CITY: Greenville STATE: SC ZIP CODE: 29611 PATROL DISTRICT: 11

HEIGHT: 510 WEIGHT: 150 HAIR: BRN EYES: BRN

☒ SUBJECT NO. 1 USING ALCOHOL ☒ NO

ARRESTEE ARMED ☐ YES ☐ NO WEAPON TYPE:

☐ ON VIEW ARREST ☐ SUMMONED ☐ CUSTODY

JUVENILE DISPOSITION: 1. ☐ HANDLED, RELEASED ☐ REFERRED TO OTHER AUTHORITY

I was in detention placing the subject I arrested into detention. I placed the subject into the holding Cell and went and Spoke with Judge Nelson. I returned to the Pre Booking area and took my suspect out of the holding Cell and as I was taking him out I heard the Suspect, Randy Weaver, tell Deputy Simmon E46, "You Don't know who you are fucking with." At that time I placed my suspect back in the holding Cell and went over to Deputy Simmons. Deputy Simmons E46 arrested Randy Weaver on two CDV warrants and was going to take the items out of the suspects pockets so he could be placed into detention. The suspect started struggling with Deputy Simmons as he was tring to empty his pockets. I grabbed the suspec left arm and another Greenville City Police officer grabbed his right arm and we held the suspect aginst the wall while Deputy Simmons Emptyed the suspects Pockets. The suspect then started kicking his legs tring to kick Deputy Simmons. The suspect started jerking his arm while he was handcuffed behind his back. The suspect Caused a Cut on Deputy Simmon wrist while he was jerking his arm. After Deputy Simmons finished getting the suspects item the Greenville City officer and I escorted the suspect into Booking area and turned him over to

| JURISDICTION OF THEFT | JURISDICTION OF RECOVERY | | | |
|---|---|---|---|---|
| N/A | N/A | ☐ ACTIVE ☐ UNFOUNDED ☐ ADMINST. CLOSED | ☐ ARRESTED UNDER 18 ☒ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER |

REASON FOR EXCEPTIONAL CLEARANCE

| REPORTING OFFICER | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| M.A. Cannon (2) *433 | 09-25-97 | D44 | Sgt. W D Taylor | 9 25 98 | C2 |
| REPORTING OFFICER | DATE | UNIT NUMBER | OFFICER | DATE | UNIT NUMBER |

FOLLOW UP INVESTIGATION ☐ YES ☐ NO

AGENCY I.D. SC0230000

SUPPLEMENTAL REPORT L.O.F

Case number: SO98000107560

Report type: Assault and Battery on Police while resisting

Patrol district: CJ-11 Page 02 of 02 pages

[X] Supplemental report

I.D. OVERFLOW

Name: See Pg 1

Race/Sex/Age: J S O U

ARRESTEE ARMED ☐ YES ☐ NO WEAPON TYPE:

JUVENILE DISPOSITION: 1. ☐ HANDLED, RELEASED ☐ REFERRED TO OTHER AUTHORITY

the detention officers and they placed him into the holding cell in the booking area. The suspect was turned over to detention officers without injury.

* Sgt. Rainey E4 was advised of this Incident By Deputy Simmons E46.

| JURISDICTION OF THEFT | JURISDICTION OF RECOVERY | |
|---|---|---|
| N/A | N/A | [X] ARRESTED 18 AND OVER |

REASON FOR EXCEPTIONAL CLEARANCE

| REPORTING OFFICER | DATE | UNIT NUMBER | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|
| M.A. Cannon (2) #433 | 09-25-98 | D44 | Sgt. W O Tag [signature] | 9 25 98 | C2 |

RECORDS