```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
UNITED STATES OF AMERICA
                                    Case No.: 01-6069-CR-ROETTGER
        Plaintiff,

v.                                  ORDER

RANDY WEAVER,
```


```
        Defendant.        /
```

**THIS CAUSE** is before the Court upon Defendant Randy Weaver's motion to challenge magistrate's detention order. Weaver's motion will be construed as an appeal from an order granting government's motion for pretrial detention. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the Court adopts the findings of fact and statement of reasons for the detention prepared by Magistrate Judge Barry S. Seltzer. Defendant's appeal from the order granting government's motion for pretrial detention is hereby **DENIED**.

**DONE AND ORDERED** this 3 day of OCT, 2001.

                              _____
                              NORMAN C. ROETTGER
                              UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

