UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA,  )
                           )
vs.                        )
                           )
RANDY WEAVER,              )
                           )
           Defendant.      )
_____)

NIGHT BOX FILED
NOV 13 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

NOTICE OF UNAVAILABILITY

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this notice of unavailability November 26, 2001 through December 5, 2001. The undersigned will be on vacation during this time period.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Donald F. Chase II
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court # A5500077
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954) 356-7255
Fax (954) 356-7336



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 13th day of November, 2001 to: Scott Sakin, 1411 N. River Dr., Miami, FL. 33125.

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY