UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-R~~FERGUR~~   D.C.

UNITED STATES OF AMERICA

v

RANDY WEAVER

NOTICE

_____/

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    TAKE NOTICE That a proceeding in this case has been set for
MONDAY JANUARY 14, 2002 at 10:00 A.M. at the U.S. District
Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale,
Florida.

TYPE OF PROCEEDING:

    CALENDAR CALL FOR TRIAL BEGINNING TUESDAY JANUARY 15, 2002.
COUNSEL TO NOTIFY THE COURT IF DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 12/19/01

BY: _P. Hart_____

Deputy Clerk