UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA )
)
)
v. )
)
)
RANDY WEAVER, )
)
Defendant. )
_____ )

## GOVERNMENT'S MOTION TO CONTINUE TRIAL

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, files this motion to continue the trial of this matter set to begin on January 15, 2002 because of the unavailability of witnesses whose testimony is needed to establish the government's case. In support of this motion, the following is shown:

1. United States Marshal's Deputy Jay Meehan will be out of the district for Advance Deputy Marshal's Training beginning on January 7, 2002 for two weeks. This training is mandatory for said deputy to remain accredited as a law enforcement officer and has been scheduled by his agency for him to attend for more than one year. Deputy Meehan participated in the arrest of the defendant in the Southern District of Florida on the warrant issued from the District of South Carolina for absconding from his supervised release and other violations and witnessed the assault committed by the defendant upon Deputy Gloetzner.

2. United States Marshal's Deputy John Amat and his wife are scheduled to have a child on January 7, 2002. The date is certain as the child will be born by caesarian section. Deputy Amat will

be on paternity leave for three weeks beginning on January 7, 2002 to help his wife with their newborn baby. Deputy Amat is a latent examiner that is prepared to testify that the defendant has been convicted of felony offenses that the defendant has previously denied in pleadings filed with this Court.

3. The government has not yet spoken to two other witnesses to learn if they have scheduling conflicts with the trial date as scheduled. Telephone messages have been left for these witnesses. If other government witnesses have scheduling conflicts with the present trial date, the undersigned prosecutor will file a supplemental motion to continue.

4. The undersigned prosecutor has informed defense counsel, Scott Sakin, of the government's intention to request that this Court continue the trail based upon the foregoing. Mr. Sakin could not state a position regarding the government's motion to continue the trial until he had an opportunity to confer with his client.

WHEREFORE, because witnesses the United States of America needs to testify to prove its case are unavailable, the government respectfully requests that the trial of this matter set for January 15, 2002 be continued.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 2nd day of January 2002 to Scott Sakin, Esquire, 1411 N. River Drive, Miami, FL 33125

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY