UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **NIGHT BOX FILED** |
| ) | |
| RANDY WEAVER, ) | JAN 2 3 2002 |
| ) | |
| Defendant. ) | CLARENCE MADDOX |
| ) | CLERK, USDC/SDFL/FTL |

**GOVERNMENT'S EMERGENCY MOTION TO CONTINUE TRIAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, files this emergency motion to continue the trial of this matter set to begin on January 28, 2002 because of the unavailability of a witness whose testimony is needed to establish the government's case. In support of this motion, the following is shown:

1.  United States Marshal's Deputy Jay Meehan was injured on January 15, 2002 while he was attending Advance Deputy Marshal's Training at Glynco, Georgia. An orthopedic surgeon has diagnosed Deputy Meehan's injury as a torn ACL in his right knee. An MRI was performed on January 22, 2002. Another test to determine the length of the tear in the ACL and possibly another ligament in Deputy Meehan's right knee has been ordered by the orthopedic surgeon but not yet completed. Deputy Meehan has an appointment on Friday, January 25, 2002 with the orthopedic surgeon. Depending on the test results, Deputy Meehan has been told by the orthopedic surgeon that he will either have reconstructive surgery to repair the damage in his knee or undergo intensive physical

therapy to attempt to avoid said surgery but with no guarantee that the surgery can be avoided. Deputy Meehan is on worker's compensation because of his "no duty" status and has been told to remain in bed when not receiving medical treatment. Regardless of the results of the Deputy Meehan's medical tests, his injury will remain and still need to be attended to by surgery, physical therapy, and\or further testing during the time this case has been set for trial. Deputy Meehan participated in the arrest of the defendant in the Southern District of Florida on the warrant issued from the District of South Carolina for absconding from his supervised release and other violations, witnessed the assault committed by the defendant upon Deputy Gloetzner, and had contact with the defendant after he committed the assault.

2.	The undersigned prosecutor has informed defense counsel, Scott Sakin, of the government's intention to request that this Court continue the trail based upon the foregoing. Mr. Sakin is waiting to hear from the State Court to learn if the four-year-old death penalty case set for the same date as this trial will be going forward. Furthermore, Mr. Sakin could not state a position regarding the government's motion to continue the trial until he had an opportunity to confer with his client.

3.	The government would request that this Court set a status conference in two weeks for the undersigned prosecutor to provide an update of Deputy Meehan's medical condition so a future trial date could be set. This status report could be provided by pleading or hearing, whatever the Court's pleasure.

WHEREFORE, because a witness the United States of America needs to testify to prove its case is unavailable, the government respectfully requests that the trial of this matter set for January 28, 2002 be continued.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale. Florida 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 24th day of January 2002 to Scott Sakin, Esquire, 1411 N. River Drive, Miami, FL 33125

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY