UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA

v

RANDY WEAVER



FILED by ___ D.C.

JAN 28 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY MARCH 4, 2002 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

CALENDAR CALL FOR TRIAL PERIOD BEGINNING MONDAY MARCH 4, 2002. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

CLARENCE MADDOX, CLERK

DATED: 1/28/02

BY: *P. Hart*

Deputy Clerk

