UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RANDY WEAVER, | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO CONTINUE TRIAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, files this motion to continue the trial of this matter set to begin on March 4, 2002 because of the unavailability of a witness whose testimony is needed to establish the government's case. In support of this motion, the following is shown:

1. United States Marshal's Deputy Jay Meehan was injured on January 15, 2002 while he was attending Advance Deputy Marshal's Training at Glynco, Georgia. An orthopedic surgeon has diagnosed Deputy Meehan's injury as a torn ACL in his right knee. Deputy Meehan's right knee is scheduled to have reconstructive surgery performed on Monday, February 25, 2002.

2. Since the Court granted the last continuance of this trial, Deputy Meehan has been undergoing intensive physical therapy so that the uninjured ligaments and tendons in his injured knee can be strengthened to stabilize his knee and shorten the postoperative

rehabilitation recovery time. Furthermore, the intensive physical therapy was required to strengthen and lengthen the patella tendon within his injured knee so this tendon can be sectioned and a part used to replace his damaged ACL by placing the removed part through holes drilled into his tibia and femur and then holding this part in place with screws.

3. Deputy Meehan will be confined to bed for three weeks after surgery when not receiving physical therapy. Deputy Meehan will be prescribed Vicadin to alleviate the pain and anti-inflammatory medication to reduce the swelling.

4. Three weeks after his surgery, Deputy Meehan is to return to his surgeon for an evaluation as to when he can expect to return to light duty status at work. It is hoped that Deputy Meehan will be available to testify as a witness in this case during the month of April 2002.

5. Deputy Meehan participated in the arrest of the defendant in the Southern District of Florida on the warrant issued from the District of South Carolina for absconding from his supervised release and other violations, witnessed the assault committed by the defendant upon Deputy Gloetzner, and had contact with the defendant after he committed the assault.

6. The undersigned prosecutor attempted to inform defense counsel, Scott Sakin, by telephone call of the government's intention to request that this Court continue the trail based upon the foregoing but he was not at his office.

WHEREFORE, because a witness the United States of America needs to testify to prove its case is unavailable, the government respectfully requests that the trial of this

matter set for March 4, 2002 be continued until April 2002.

                                                 Respectfully submitted,

                                                 GUY A. LEWIS
                                                 UNITED STATES ATTORNEY

By:                /s/ Donald F. Chase, II
                                              DONALD F. CHASE, II
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Court No. A5500077
                                              500 East Broward Boulevard, Suite 700
                                              Fort Lauderdale. Florida 33394
                                              Tel: (954) 356-7255
                                              Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 25th day of February 2002 to Scott Sakin, Esquire, 1411 N. River Drive, Miami, FL 33125

                                                 /s/ Donald F. Chase, II
                                                 DONALD F. CHASE, II
                                                 ASSISTANT UNITED STATES ATTORNEY

02-11-02

# PARK PLACE ORTHOPAEDICS & REHABILITATION
## 301 NW 84th Ave. Plantation, Florida 33324

### PRE-OPERATIVE VISIT

AT: Westside Regional Medical Center
8201 W Broward Blvd Plantation
The hospital will call you the day before surgery. Please arrive 1½ hr earlier.

### MEDICAL CLEARANCE

AT: Dr. Stringham 2/20 at 3:20 PM

ON:

### DAY OF SURGERY

AT: Westside Regional Medical Center
ON: Feb 25 at 7 AM
DR: Stringham

**NOTHING TO EAT OR DRINK AFTER MIDNIGHT ON THE NIGHT BEFORE YOUR SURGERY!!!**

**IF YOU ARE TAKING ANYTHING THAT CONTAINS ASPIRIN, ANTI-INFLAMMATORY, OR VITAMIN E PLEASE STOP TAKING THESE PRODUCTS AT LEAST 5 DAYS BEFORE YOUR SURGERY.**

**IF YOU MUST CANCEL ANY APPOINTMENTS OR YOUR SURGERY OR IF YOU HAVE ANY QUESTIONS IN REGARD TO YOUR SURGERY, PLEASE CALL OUR OFFICE AS SOON AS POSSIBLE AT 475-4500 EXT. 1310 OR 1312.**

Wanda # 331-1851

**PARK PLACE ORTHOPAEDICS & REHABILITATION**

Center#: _____  Arrival Center/Office: _____
Date of Service: 02/20/02  With Physician: DOUGLAS STRINGHAM MD
RM Case#: _____  Left Center Physician: _____

Multiple Services ☐ Check Box       No Show ☐ Check Box
PLEASE FORWARD AS APPROPRIATE     Patient Chart#: 2312760
                                   CASE MANAGER FAX: 305-536-5907

**WORKERS' COMPENSATION MEDICAL STATUS REPORT FAX to:**
UDL-U.S. DEPT. OF LABOR 214 N. HOGAN ST. SUITE 1006 JA  FAX: 305-470-0786

Patient's Name: JAMES MEEHAN                Social Security#: [redacted]
Patient's Address: [redacted]               Date of Birth: [redacted]
                                            Home Phone No: [redacted]
Patient's Employer: U.S. MARSHALLS          ID#: [redacted]
Date of Accident or Illness: 01/15/02       Work Related: (X) Yes ( ) No
Brief History of How Accident/Illness Occurred: _____

Diagnosis: 717.9 INTERNAL DERANGEMENT OF KNEE 844.9 SPRAIN/STRAIN UNSPECIFIED S
           IT

Recommended Treatment: _____

Physical Therapy ( ) Yes ( ) No   If yes, Physical Therapy, ___ times a week for ___ weeks.
Referred to: _____   Follow-up Appointment: Time/Date: _____

---

**IF EMPLOYEE HAS ANY EMPLOYMENT LIMITATIONS, PLEASE COMPLETE THIS ENTIRE SECTION.**

|  | Yes | No | If Yes, How Long? |  | Yes | No | If Yes, # of Lbs? |
|---|---|---|---|---|---|---|---|
| Standing? | — | — | ___ (hours) |  |  |  |  |
| Sitting? | — | — | ___ (hours) | Lifting? | — | — | ___ (pounds) |
| Walking? | — | — | ___ (hours) | Continuous Lifting? |  |  | ___ (pounds) |
| Bend from Waist? | — | — | ___ (hours) | Other: Sedentary until Surgery then Back 4 wks |  |  |  |
| Push/Pull with Arms? | — | — | ___ (hours) |  |  |  |  |
| Push/Pull with Legs? | — | — | ___ (hours) |  |  |  |  |
| Push/Pull with Body? | — | — | ___ (hours) | Able to Work: No Limitations |  |  | ☐ Check Box |
| Drive an Automobile? | — | — | ___ (hours) | Unable to Work: |  |  | ☐ Check Box |
| Climb? | — | — | ___ (hours) | Attendant Care Required: |  |  | ☐ Check Box |
| Reach Overhead? | — | — | ___ (hours) |  |  |  |  |
| Stoop? | — | — | ___ (hours) | If Yes, attach RX with specific attendant care requirements |  |  |  |
| Squat? | — | — | ___ (hours) |  |  |  |  |

---

Released to return to modified duty on (date): _____

He/She may work full duty (date): _____        PIR (if any): _____ %

Maximum Medical Improvement (date): _____

Date Discharge from Medical Care: _____

_[signature]_                                        02/20/02
Physician's Signature                                Date

Physician's Name (Printed)                           Please mail claims to

PARK PLACE ORTHOPAEDICS & REHABILITATION
DOUGLAS R. STRINGHAM, M.D.
3RD FLOOR DISPENSARY
301 N.W. 84TH AVENUE
PLANTATION, FL 33324
DEA # BS 3722940
(954) 475-4500

LIC. # _____

NAME Meehan, James                  AGE _____
                                    DATE 2/20/02
ADDRESS _____
Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

out of work
for 3 weeks after
surgery

Label
Refill _____ times

_____
(Signature)

In order for the brand name product to be dispensed, the prescriber must write 'Medically Necessary' below the signature.

9KOS0078687