UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: <u>01-6069-CR-ROETTGER</u>

| UNITED STATES OF AMERICA, | ) |
|---|---|
| | ) |
| v. | ) |
| | ) |
| RANDY WEAVER, | ) |
| | ) |
| Defendant. | ) |

NIGHT BOX
FILED
MAR - 1 2002
CLARENCE MADDOX
USDC/SDFL/FTL

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, submits this Speedy Trial Report for the above-captioned case, pursuant to Local Rule 25.

The defendant was indicted on April 3, 2001. The defendant first appeared before this Court on May 4, 2001. Since then proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The following chart is provided for the convenience of the Court:

| | MOTION OR PROCEEDING | DATE OF FILING OR PROCEEDING | DATE OF ORDER | EXCLUDABLE TIME |
|---|---|---|---|---|
| 1. | Arraignment | 5/8/01 | | 1 day |
| 2. | Motion to Compel FDC | 6/1/01 | withdrawn 7/27/01 | 57 days |
| 3. | Motion to Reopen PTD | 6/25/01 | 6/29/01 | 4 days |
| 4. | Appeal Denial of Reopen PTD | 7/23/01 | 10/3/01 | 72 days |
| 5. | Motion to Suppress | 8/28/01 | Pending | To Present |

| | | | | |
|---|---|---|---|---|
| 6. | Motion to Discharge | 9/21/01 | 9/28/01 | 7 days |
| 7. | Continuances: | 7/11/01 | | To Present |
| | Joint Motion | 7/11/01 | 7/11/01 | To Present |
| | Court Emergency | 10/1/01 | 10/1/01 | To Present |
| | Government Emergency Motion | 1/24/02 | 1/25/02 | To Present |
| | Government Motion | 2/25/02 | Pending | |

Consequently, 26 non-excludable days have elapsed since the initial appearance of the defendant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 356-7255
Fax: (954) 356-7336

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on March 3, 2002, to Scott W. Sakin, Esq. 1411 NW North River Drive, Miami, FL. 33125.

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY