

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01-6069-CR-Roettger

| | |
|---|---|
| RANDY ANTHONY WEAVER, | ] |
| PLAINTIFF, | ] |
| V. | ] |
| | ] |
| MONICA WETZEL (WARDEN) ET AL., | ] |
| RESPONDANT(S). | ] |

PETITIONER WEAVER'S MOTION FOR RELEASE FROM ILLEGAL
DETENTION/IMPRISONMENT PURSUANT TO WRIT OF HABEAS CORPUS

**COMES NOW,** Movant, Randy Anthony Weaver, filing pro se, does hereby move this Honorable Court for an ORDER granting that he be released immediately from the custody of Warden, Monica Wetzel, and would state the following in support of the same:

1. On April 3, 2001, the United States obtained an indictment against the Movant WEAVER, alleging that WEAVER had allegedly assaulted a Federal Officer in violation of 18 U.S.C. § 111(a)(1). The alleged assault was to have occured on June 28, 2000 inside the Federal Courthouse in Fort Lauderdale, Florida after a Court appearance before the Honorable Magistrate Judge Lurana S. Snow.

2. The Government never sought an indictment against WEAVER until Ten (10) months after WEAVER had filed a $ 37.5 million dollar lawsuit against the United



Marshals and several other's for Conspiring to violate the movant's civil rights.

3. On May 08, 2001, the Movant WEAVER, appeared before the Honorable U.S. Magistrate Judge Barry Seltzer for a Detention Hearing. The Government intentionally entered false and misleading information in reference to movant's criminal history, and the Court denied WEAVER bond. Even after learning of the incorrect information proffered at the detention hearing, the Government took no steps to correct the false information that the Court clearly relied on in denying the movant any bond.

4. On June 25, 2001, counsel for the movant, Mr. Scott W. Sakin, P.A. filed a motion to re-open the detention hearing based on several key issues. The Court, without holding any hearing denied the motion, and the movant WEAVER, filed a pro se appeal with the District Court. That motion was denied by the Honorable District Court Judge Norman C. Roettger without prejudice, stating that the Court would consider the motion if counsel chose to raise the issue.

5. Since the date of movant WEAVER'S arrest on this matter, being May 1, 2001, the District Court has continuously granted the Governments motion to continue the matter, and as of this motion the matter has been continued Six (6) times already.

6. The movant WEAVER then filed a motion to dismiss the indictment with prejudice on the grounds that the Government has clearly violated the movant's Speedy Trail Rights. That motion was adopted by counsel Sakin on March 4, 2002, and the Government has intentionally failed to file any response, nor has the District Court made any ruling.

7. Movant WEAVER claims that his detention and imprisonment at the Federal Detention CEnter in Miami, Florida where Monica Wetzel is the Warden is in violation of the movant's Constitutional Rights and amounts to false imprisonment. The Government has engaged in this blatant behavior as an attempt to try to force

movant WEAVER to plead guilty to a charge that he's NOT GUILTY OF.

8. Additionally, movant WEAVER had filed several other motions either pro se and/or ex parte, but the District Court, Honorable Judge Norman C. Roettger did a "blanket" denial of all movant WEAVER'S motions, including a motion filed by the movant to dismiss the indictment with prejudice on the grounds of vindictive prosecution, pre-indictment delay, bad faith, outrageous misconduct and due process violations. That motion was filed on September 25, 2001 [entry # 36].

That motion was denied without prejudice on October 1, 2001. Movant WEAVER in his Speedy Trial Violation motion filed on March 4, 2002 ask the Court to re-consider his previously filed motion to dismiss, once again, now bringing the motion to dismiss with prejudice back before the Court. Since counsel, Sakin adopted movant WEAVER'S motion to dismiss on Speedy Trail grounds, counsel therefore adopted the motion it in entirety, thereby adopting also the prejudice motion filed by WEAVER on September 25, 2001.

9. Movant WEAVER asserts that the Honorable Norman C. Roettger has clearly demonstrated that the Court is biased against movant WEAVER, by not only the Court's continued disregard for the movants Constitutional Rights, but also by the District Court's own ruling in a previous assault case. (See United States v. Grubbs, 953 F.Supp 396 (S.D. Fla 1997).

In that case, Mr. Grubbs was accused and eventually convicted of assault on a federal officer. That case alleged that Mr. Grubbs had "kicked" a female Assistant United States Attorney onto a Metro-Rail (People mover) passenger car, and also that he had supposedly "grabbed" her butt. The government sought pre-trial detention of Mr. Grubbs, and was successful before the magistrate judge.

A few weeks later, Honorable Norman C. Roettger released Mr. Grubbs on bond. Movant WEAVER is allegedly accused of "spitting and attempting to headbutt a

Deputy U.S. Marshal", but yet has been held in custody since May 1, 2001 without any bond.

Clearly, the acts committed by Mr. Grubbs' are more severe than those allegedly to had been done by WEAVER. The Court's intentional denial of bond for movant WEAVER clearly demonstrates that the District Court has a "personal interest" in the outcome of this matter. Surely, one could constue that Honorable Judge Roettger, who has to face these marshals' on a daily basis, could'nt rule in favor of movant WEAVER, as it would give the impression that the Court ruled against its "own officer's", but justice requires that the Court act without any prejudice in this matter, and the District Court has failed to do so.

10. Evidence clearly shows that movant WEAVER was infact assaulted by officer's of the Court, and that movant WEAVER received serious injuries as a result of said assault. Further, is the fact that it took movant WEAVER Seventeen (17) months to finally get surgery for his shoulder injury, in which a ½" of bone had to be removed, on November 27, 2001.

11. It is true, that Defendant WETZEL was named as a defendant in movant WEAVER'S civil action filed in this Court, and that action is still pending, but upon learning that the U.S. Marshals' intentionally failed to report the assault of the movant to WETZEL, movant WEAVER has prepared document's to remove WETZEL as a civil defendant in that matter. This motion has no direct bearing towards WETZEL, as she is only named because she is the WARDEN at the facility in which the movant is illegally being held.

12. Additionally, movant WEAVER, nor counsel Sakin has ever received a copy of <u>any</u> detention order in this matter, and even after WEAVER requested a copy from the Court, he still has not received a copy. Therefore, movant WEAVER has no ideal on what grounds the Court ordered him detained.

**WHEREFORE,** movant WEAVER respectfully prays that this Honorable Court enter an ORDER releasing the movant from custody, or in the alternative, that this Honorable Court schedule this matter to be heard as soon as humanly possible.

I thank you in advance for your time and consideration in the foregoing matter.

Respectfully Submitted,

_____
Randy Anthony Weaver

## CERTIFICATE OF SERVICE AND MAILING

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing motion was mailed via U.S. Mail to: Assistant United States Attorney, Donald F. Chase II, Esq, 500 East Broward Blvd Suite 700, Fort Lauderdale, Florida 33394; Scott W. Sakin, P.A. 1411 N.W. North River Drive Miami, Florida 33125, on this 9TH Day of April, 2002. I further state that I did personally hand-deliver a true and correct copy of the foregoing to Ms/Mrs. Monica Wetzel (Warden) at the Federal Detention Center, on this 9TH Day of April, 2002.

## CERTIFICATE OF INTERESTED PERSONS

**MOVANT WEAVER HEREBY CERTIFIES,** that the following is a complete list of persons and entities who have an interest in the outcome of this case:

Michael Gloetzner
James Meehan
Ed Gonzales
Hon. Paul C. Huck
Robert A. Hulling

                    Hon. James Lawrence King

                    Guy A. Lewis

                    Bernaldo Lopez

                    Tina Nolan

                    Rachel N. Portnoy

                    Larry Powers

                    Janet Reno

                    Kathleen M. Salyer

                    Kathleen H. Sawyer

                    Anne R. Schultz

                    Benjamin T. Stepp

            Hon. Charlene H. Sorrentino

By: *[signature]*
Randy Anthony Weaver
Plaintiff/Movant
Reg. No. 92903-071
Federal Detention Center
P.O. Box 019120
MIami, Florida 33101-9120

## VERTIFICATION

STATE OF **FLORIDA:**
        SS:
COUNTY OF **MIAMI-DADE:**

      **SWORN TO AND SUBSCRIBED** before me this \_\_\_\_\_Day of April, 2002, by _____ _____, who produced for identification FEderal Detention Center-Miami, Florida, inmate card number _____, as identification.

\* COURT CLERK - PLEASE BE
ADVISED, I ATTEMPTED TO GET
THIS NOTARIZED BUT UNFORTUNATELY
STAFF WERE TOO PRE-OCCUPIED.

_____
Notary Public-State of Florida

_____
Notary Public Printed Name

*[signature]*