```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 01-6069-CR-ROETTGER
UNITED STATES OF AMERICA
```

```
v

RANDY WEAVER
                                                NOTICE


_____/


     TAKE NOTICE That a proceeding in this case has been set for

FRIDAY JUNE 7,2002 at 10:00 A.M. at the U.S. District Courthouse,

299 East Broward Blvd. Courtroom 109, Ft. Lauderdale, Florida.
_____

TYPE OF PROCEEDING:

  CALENDAR CALL FOR TRIAL BEGINNING MONDAY JUNE 10, 2002. COUNSEL
TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA. #1 ON DOCKET
_____


                       CLARENCE MADDOX, CLERK

DATED: 4/18/02

                       BY: ____P. Hart____
                                Deputy Clerk
```