UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RANDY ANTHONY WEAVER,

      Defendant.
_____



### CERTIFICATION FOR TRANSFER

    THIS CAUSE is before the Court upon the instructions of Administrative Order 2002-12 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file in this cause and hereby certifies that all pending referred dispositive motions and all pending pretrial non-dispositive motions whereby she has been given the "Copy for Judge" have been ruled upon. Attached hereto is a report of the pending motions in this cause that the undersigned has not received, referred or otherwise. This is case is ready to be transferred to Barry S. Seltzer, United States Magistrate Judge.

    DONE AND SUBMITTED at Fort Lauderdale, Florida, this 4th day of June, 2002.

                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:
Norman C. Roettger, Jr., Senior United State District Judge
Barry S. Seltzer, United States Magistrate Judge
AUSA Don Chase (FTL)
Scott Sakin, Esq.

```
 (As of Jun  2 20:50)                                         Page    1
             UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

                       Motions for case: 0:01-cr-06069
                                 Defendant 0
                      Case Presider: Roettger, Norman C.

 *****************************************************************

 0:01cr06069 USA v. Weaver
              Case filed/reopened: 04/03/01           Clerk: dd

 As to dft (1):  Weaver, Randy Anthony
    Doc  # 50  to continue trial
    Part #  1  Filed:   01/02/02

    Doc  # 52  to continue trial
    Part #  1  Filed:   01/23/02

    Doc  # 54  to continue trial
    Part #  1  Filed:   02/25/02

 By dft (1):  Weaver, Randy Anthony
    Doc  # 34  to discharge CJA Counsel (Scott W. Sakin)
    Part #  1  Filed:   09/21/01

    Doc  # 37  in limine re: evidence
    Part #  1  Filed:   09/25/01

    Doc  # 55  to dismiss indictment with prejudice
    Part #  1  Filed:   02/26/02

    Doc  # 57  to dismiss indictment with prejudice
    Part #  1  Filed:   03/04/02

    Doc  # 58  for release from illegal detention/imprisonment
    Part #  1  Filed:   04/15/02

 By pla (99999):  USA,
    Doc  # 50  to continue trial
    Part #  1  Filed:   01/02/02

    Doc  # 52  to continue trial
    Part #  1  Filed:   01/23/02

    Doc  # 54  to continue trial
    Part #  1  Filed:   02/25/02
```