HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 01-6069-CR-NCR  Date: 6/7/02
Courtroom Clerk: P. Hart  Court Reporter: Reeves
Probation Officer: _____  Interpreter: _____

Plaintiff(s): U.S.A.  Counsel: Chase

Defendant(s): R Weaver (J)  Counsel: S. Sakin

Reason For Hearing: C.C.

Result of Hearing/Judgment: #1 - jury Selection Mon 6/10/02 at 10:00 A.M. Mot dismissed - Denied Mot. in limine - Granted.

Misc.:

