UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA,

    *Plaintiff*,

vs.

RANDY WEAVER,

    *Defendant.*

_____/

### DEFENDANT WEAVER'S REQUESTED *VOIR DIRE* QUESTIONS

Defendant, RANDY WEAVER, through undersigned counsel moves the Court to ask the jury panel the following questions during jury selection. These questions are in addition to the Court's questions:

1. Has anyone ever applied for a job with or worked for a law enforcement agency, or in the security field?

2. Do you have any friends or relatives who work in law enforcement?

3. Would you tend to give greater weight or credibility, no matter how slight, to the testimony of a law enforcement officer?

4. Has anyone ever brought a lawsuit against anyone in State or Federal court?

5. Has anyone ever had a lawsuit brought against them in State or Federal court? In other words, has anyone ever been a plaintiff or a defendant in a lawsuit. If so, please explain.



**WHEREFORE**, the Defendant respectfully moves the Court to ask these questions of the jury panel.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to Assistant United States Attorney Don Chase, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394, on this _5_ day of June, 2002.

Respectfully submitted,

**SCOTT W. SAKIN, P.A.**
Attorney for Defendant
1411 N.W. North River Drive
Miami, Florida 33125
Tel: (305) 545-0007

By: _____
SCOTT W. SAKIN
Florida Bar № 349089