**REC'D by _____ D.C.**
DKTG
**JUN 1 8 2002**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**HONORABLE NORMAN C. ROETTGER**
United States District Court
Southern District of Florida

**FILED by _____ D.C.**
JUN 1
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: **01-6069-CR-NCR**   Date: **6/10/02, 6/11/02,**
Courtroom Clerk: **P. Hart**   Court Reporter: **Bieux**
Probation Officer: _____   Interpreter: _____

Plaintiff(s): **U.S.A.**   Counsel: **Chase**

Defendant(s): **B. Weaver (7)**   Counsel: **S. Sakin**

Reason For Hearing: **jury selection**

Result of Hearing/Judgment: **jury sworn**

Trial cont'd 6/11/02, 6/12/02 + 6/13/02
Verdict reach-

Misc.: _____

