AO 87 (Rev. 7/87) Exhibit and Witness List

REC'D by _____ D.C.
DATE
JUN 1 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# United States District Court

DISTRICT OF _____

USA v. Weaver

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 01-6069-CR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Roettger | Chase | Satin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY LAW CLERK |
| 6/10/02 | Reeves | Perez |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 6/10/02 | | | Meehan, agent, US Marshal |
| P1A | | " | ✓ | ✓ | Photo holding cell 2nd Floor |
| P1B | | " | ✓ | ✓ | " |
| P1C | | " | ✓ | ✓ | " |
| P1D | | " | ✓ | ✓ | " |
| P2A | | " | ✓ | ✓ | Photo 3d Floor Cell Block |
| P2B | | " | ✓ | ✓ | " |
| P2C | | " | ✓ | ✓ | " |
| P2D | | " | ✓ | ✓ | " |
| | | | | | Photo of ~~Defendant~~ |
| W1 | | 6/12/02 | | | Meehan, cont'd |
| P3 | | " | ✓ | ✓ | Photo of Defendant 6/28/02 |
| W2 | | " | | | Michael Gloetzner, US Marshal |
| W3 | | " | | | Susan Cimmino, Nurse |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.