```
REC'D by _____ D.C.
DKTG
    JUN 1 8 2002
   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 01-6069-CR-ROETTGER

UNITED STATES OF AMERICA

vs

RANDY ANTHONY WEAVER

**VERDICT**

_____/

```
FILED by _____ D.C.

   CLARENCE MADDOX
   CLERK U.S. DIST. CT.
   S.D. OF FLA. FT. LAUD.
```

We the jury, find the defendant RANDY ANTHONY WEAVER,

1. __Guilty_____ as to forcibly assaulting, impeding
   Guilty/Not Guilty     or interefering with the person
                         described in the indictment.

If your answer to question number 1 is guilty, do not answer question 2. However, if your answer to question number 1 is not guilty, please answer question number 2.

2. _____ of the lesser included offense of
   Guilty/Not Guilty     simple assault of a person
                         designated in section 1114.

as charged in the indictment.

SO SAY WE ALL.

Dated this __6/13/02__ Day of June, 2002 at Fort Lauderdale, Florida.

_____
Foreman/Forewoman