In re: pending criminal cases in the Fort Lauderdale, Miami and Key West criminal divisions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01-6069-CR-ROETTGER

ORDER

FILED by _____ D.C.
JUL 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court **SUA SPONTE**.

In accordance with Administrative Order No. 2002-12, upon certification by Magistrate Judge Lurana S. Snow that there are no pending motions in criminal cases assigned to her, the Clerk Of Court shall reassign the case to Magistrate Judge Barry S. Seltzer. A copy of this standing order shall be placed in each file for which the certification by Magistrate Judge Snow is issued.

**DONE AND ORDERED** this 31 day of July, 2002.

NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record