AUGUST 16, 2002

DONNA R. WILMOT

U.S. PROBATION OFFICER

FEDERAL COURTHOUSE BUILDING

299 EAST BROWARD BOULEVARD, RM# 409

FORT LAUDERDALE, FLORIDA 33301-1865

RE: OBJECTION'S TO P.S.I.

CASE NO: 01-6069-CI-ROETTGER

DEAR MS/MRS. WILMOT;

DUE TO FACTS TO BE RAISED BEFORE THE COURT IN REFERENCE TO REPRESENTATION BY MR. SCOTT W. SAKIN, P.A. COURT APPOINTED COUNSEL, I HAVE CHOSEN TO ALSO SUBMIT OBJECTIONS MYSELF TO MAKE SURE ISSUE(S) GET PROPERLY ADDRESSED, AND TO MAKE SURE THAT INFORMATION CONTAINED IN MY PRE-SENTENCE INVESTIGATION REPORT ARE ACCURATE AND DON'T AMOUNT TO SLANDER OR DEFAMATION OF MY CHARACTER.

PLEASE FIND ENCLOSED MY OBJECTIONS TO YOUR REPORT, WHICH ARE NUMBERED ACCORDING TO PARAGRAPH AND PAGE NUMBER. I HAVE PHOTO COPIED THIS LETTER AND WILL SUBMIT A COPY ALSO TO THE COURT SO THAT IT BECOMES PART OF MY RECORD FOR APPEAL PURPOSES. OBJECTIONS ARE AS FOLLOWS:

(1). USED WRONG SENTENCING GUIDELINE MANUAL. PROBATION OFFICE USED THE 2001 MANUAL, BUT THE APPROPRIATE MANUAL

1

WOULD BE THE 2000 MANUAL, WHICH WOULD'VE BEEN IN EFFECT AT THE TIME THE OFFENSE WAS ALLEGEDLY COMMITTED.

(2). PROBATION OFFICER IS STATING THAT I HAVE A "DETAINER" FROM SOUTH CAROLINA, EVEN AFTER SHE WAS SHOWN RECORDS THAT PROVED THE CHARGE(S) HAD BEEN DISMISSED. SHE THEN CONTRADICTS THE DETAINER CLAIM BY STATING THE CHARGE(S) ARE DISMISSED- SEE PAGE # 15 @ # 52

(3) PROBATION OFFICER STATES THAT I'VE BEEN AT THE BROWARD CO. JAIL SINCE MAY 15, 2001. I WAS NEVER BROUGHT TO BROWARD CO. UNTIL JUNE 6, 2002.

(4). OFFENSE CONDUCT FACT(S) SUPPORT MY PERJURED TESTIMONY CLAIM. AT PARAGRAPH (3) THE FACT(S) SHE ALLEGES IS THAT "I REFUSED TO COME OUT OF MY BEDROOM, SO THE MARSHALS FORCED OPEN THE DOOR". [INTRODUCE B.S.O. REPORTS THAT WERE FILED BY B.S.O. AND INFO PROVIDED TO B.S.O. BY MARSHALS', PROVES THAT MARSHALS WERE LYING.]

(5). CONTESTING ALL OFFENSE FACTS.

(6) OFFENSE FACTS @ PARAGRAPH (5) STATE GLOETZNER FEARED THAT I WAS HIV POSITIVE. HE KNEW I DIDN'T HAVE AIDS CAUSE THE TEST RESULTS WERE RIGHT INSIDE THE DESK DRAWER WHEN THEY WENT BACK TO "ILLEGALLY" SEARCH MY RESIDENCE.

(7) OFFENSE FACTS @ PARAGRAPH (6) ARE A "COMPLETE LIE" - THAT'S WHY THE GOVERNMENT NEVER USED ANY OF THE INMATES, CAUSE THE GOV'T KNEW I'D PROVE THEY WERE LYING. [INTRODUCE LIZ'S LETTER IN REFERENCE TO THE TWO INMATE STATEMENTS FROM ATLANTA]. PLUS, THE INMATES NEVER SAID IT WAS MARSHALS IN FORT LAUDERDALE, THEY CLAIMED I WAS GOING AFTER THE MARSHALS' IN MIAMI.

(8). REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 27 PAGE # 7.

(9) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 26 PAGE # 7

(10) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 22 PAGE # 6

(11) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 23 PAGE # 6

(12) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 24 PAGE # 6.

(13) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS STATED FOR # 25 PAGE # 6

(14) REQUEST VERIFICATION FOR ALLEGED FACTS STATED FOR # 28 PAGE # 8

(15) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS/ARREST STATED ON #29 PAGE #8.

(16) REQUEST VERIFICATION OF PROOF OF ALLEGED FACTS/ARREST IN #30 PAGE #8 - MOVE TO STRIKE FROM REPORT AS BEING OUTSIDE THE 10 YR TIME WINDOW.

(17) REQUEST VERIFICATION OF AMOUNT OF "TIME SERVED" AND ALSO CONTEST (2 PT'S) ON FACT THAT I WAS ONLY GIVEN (1 PT) ON PREVIOUS P.S.I. ALSO, REQUEST VERIFICATION OF RECORDS FOR #31 PAGE #8 [SEE CONFLICT WITH ARREST DATE #32 & 33 PAGE #9].

(18) REQUEST VERIFICATION OF PROOF OF FACTS/ARREST STATED IN #32 PAGE #9. PLUS, DISPOSITION PROOF - NEVER ON HOME CONFINEMENT/ ARREST. [SEE CONFLICT WITH ARREST DATE #31 & 33 PAGE(S) #8 & #9]

(19) REQUEST VERIFICATION OF PROOF OF FACTS/ARREST STATED IN #33 PAGE #9. PLUS, DISPOSITION PROOF. [CONFLICT WITH ARREST DATES)].

(20) REQUEST VERIFICATION OF PROOF OF FACTS/ARREST STATED IN #34 PAGE #9. PLUS, DISPOSITION PROOF [SEE ALSO #57 PAGE #16 - SAME DATE OF ARREST - DISPOSITION UNKNOWN] [SEE ARREST DATE ISSUES]. #35]

(21) REQUEST VERIFICATION OF PROOF OF FACTS/ARREST STATED IN #35 PAGE #9 - PLUS DISPOSITION PROOF - MOVE TO STRIKE FROM REPORT NO-PT'S [SEE DATE OF ARREST ISSUES) #34 & #57 PAGE(S) #9 & 16].

32) REQUEST VERIFICATION OF PROOF OF FACTS / ARREST STATED IN #36 PAGE #9 - PLUS DISPOSITION PROOF - THIS CASE IS "ONLY A VIOLATION OF A CITY ORDINANCE" NOT A MISDEMEANOR - PLUS, IT WAS "CONDITIONALLY DISCHARGED".

33) MOVE TO STRIKE FROM REPORT - CASE WAS OVERTURNED BY THE MONTANA STATE SUPREME COURT [INTRODUCE SUPREME COURT DECISION] ALSO, CHALLENGE OFFENSE AND DISPOSITION FACTS (SEE PAGE #22 @ 82) STATED IN #37 PAGE #10.

34) REQUEST TO STRIKE FROM REPORT - CASE WAS OVERTURNED BY THE MONTANA STATE SUPREME COURT - [INTRODUCE SUPREME COURT DECISION] REQUEST VERIFICATION OF ALLEGED FACTS / ARREST STATED IN #38 PAGE #10.

35) MOVE TO STRIKE FROM REPORT - #43 PAGE #12 - OUTSIDE THE 10 YEAR TIME WINDOW - NO PTS.

36) MOVE TO STRIKE FROM REPORT - #44 PAGE #12 - OUTSIDE THE 10 YR TIME WINDOW - NO PTS.

37) MOVE TO STRIKE FROM REPORT - #47 PAGE #13 - CASE DISMISSED BY DISTRICT ATTORNEY.

38) MOVE TO STRIKE FROM REPORT - #48 PAGE #14 - CASE DISMISSED ON 4-11-02 - RECORD SEALED ON 4/24/02 - [HOW'D P.S.I. GET INFO THEN?]

(29). MOVE TO STRIKE FROM REPORT # 49 PAGE #14 - CASE DISMISSED ON
12-01-93.

(30) MOVE TO STRIKE FROM REPORT #50 PAGE #15 - CASE(S) DISMISSED
ON 10-23-96

(31) MOVE TO STRIKE FROM REPORT #51 PAGE #15 - CASE NOL PROSSED ON
9-27-01

(32) MOVE TO STRIKE FROM REPORT # 52 PAGE # 15 CASE DISMISSED ON
2-25-02

(33) MOVE TO STRIKE FROM REPORT #53, PAGE # 16 - THIS CASE WAS BEAT
ON AN EXTRADITION ISSUE WHILE @ U.S.P. ALLENWOOD. CASE WAS
DISMISSED 12-3-98

(34) MOVE TO STRIKE FROM REPORT # 54, PAGE # 16 - THIS CASE WAS BEAT
ON AN EXTRADITION ISSUE WHILE @ U.S.P. ALLENWOOD, CASE WAS
DISMISSED 12-3-98.

(35) MOVE TO STRIKE ALLEGATION OF "PENDING CHARGE" RE HARASSMENT
FROM SYRACUSE, N.Y. I WAS NOT IN N.Y. ON JUNE 29, 1999, PLUS,
NO INFO PROVIDED TO SUPPORT THIS CLAIM - #55 PAGE # 16.

(36) MOVE TO STRIKE FROM REPORT #56 PAGE # 16 - P.S.I. PROVIDES NO
PROOF OF THIS OFFENSE.

6.

(37) MOVE TO STRIKE FROM REPORT - #57, PAGE #16 - P.S.I. PROVIDES NO PROOF OF THIS OFFENSE.

(38) MOVE TO STRIKE #58, PAGE #17 - P.S.I. PROVIDES NO PROOF OF THIS ALLEGATION IN REFERENCE TO TRAFFIC INFRACTIONS.

(39) MOVE TO STRIKE FROM REPORT #61 PAGE #17 - REQUEST VERIFICATION OF THIS INFORMATION.

(40) MOVE TO STRIKE FROM REPORT #64 PAGE #18 - CASE WAS DISMISSED - ALLEGATION BY EX-WIFE NEVER PROVEN.

(41) MOVE TO STRIKE FROM REPORT #65 PAGE #18 - [INTRODUCE LIZ'S LETTER'S THAT CONTRADICT THESE CLAIMS - ALSO LETTER'S FILED IN U.S. DISTRICT COURT IN SOUTH CAROLINA BY LIZ TO JUDGE ANDERSON].

(42) REQUEST VERIFICATION OF FACTS) - THERE HAS NEVER BEEN ANY TEST DONE TO ESTABLISH THAT TYLER IS NOT MY SON. #66 PAGE #19

(43) MOVE TO CORRECT FACTS STATED IN #23, PAGE #20 - TO REFLECT THAT I AM RECEIVING TREATMENT @ BROWARD COUNTY JAIL.

(44) REQUEST VERIFICATION OF FACTS STATED IN #25, PAGE #21, IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(45) REQUEST VERIFICATION OF FACTS STATED IN #76, PAGE #21 IN REFERENCE TO MENTAL HEALTH ISSUE(S).

7.

(46) REQUEST VERIFICATION OF FACTS STATED IN #77 PAGE #21 IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(47) REQUEST VERIFICATION OF FACTS STATED IN #78 PAGE #21, IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(48) REQUEST VERIFICATION OF FACTS STATED IN #79, PAGE #21 IN REFERENCE TO MENTAL HEALTH ISSUE(S)

(49) REQUEST VERIFICATION OF FACTS STATED IN #80, PAGE #22 IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(50) REQUEST VERIFICATION OF FACTS STATED IN #81, PAGE #22 IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(51) REQUEST VERIFICATION OF FACTS STATED IN #82 PAGE #22 IN REFERENCE TO MENTAL HEALTH ISSUE(S).

(52) REQUEST VERIFICATION OF FACTS STATED IN #83, PAGE #23 IN REFERENCE TO MENTAL HEALTH ISSUE(S). *NOTE: IT'S ODD THAT PROBATION DIDN'T GET U.S.P. ALLENWOOD'S RECORDS, CAUSE IT SHOWS THAT I WAS SUFFERING FROM A "MENTAL DISEASE OR DEFECT AT THE TIME I HAD ALLEGEDLY COMMITTED THE CRIME". ALSO, THE DISTRICT COURT IN YELLOW STONE COUNTY, BILLINGS, MONTANA ALSO FOUND ME TO BE SUFFERING FROM A "MENTAL DISEASE OR DEFECT AT THE TIME I HAD ALLEGEDLY COMMITTED THE CRIME". THAT'S WHY THEY SENT ME TO THE MONTANA STATE HOSPITAL.

(53) REQUEST VERIFICATION ON WHERE THIS FALSE INFORMATION ABOUT MY COCAINE USE CAME FROM AS STATED IN # 84 PAGE # 23.

(54) INCORRECT - IN CUSTODY SINCE JUNE 22, 2000 - NEED TO CORRECT # 86 PAGE # 23.

(55) REQUEST VERIFICATION ON HOW PROBATION OFFICER CLAIMS THAT I HAD NO INCOME FROM "GREEN MONKEY" AS STATED # 87 PAGE # 23 - [INTRODUCE PAY CHECK PHOTO COPY] EOTRXH'S SANE # 88

(56) STATUTORY MAXIMUM IS SUPPOSED TO ONLY BE (1) YEAR - NOT 0-3 YEARS, AS STATED IN # 96, PAGE # 25.

(57) TOTAL CRIMINAL HISTORY CATEGORY IS SUPPOSED TO BE (4) NOT (6) AS STATED IN # 99, PAGE # 25 - WITH A TOTAL TIME OF IMPRISONMENT BEING 12-18 MONTHS.

(58) TOTAL CRIMINAL HISTORY POINTS IS SUPPOSED TO BE (8) NOT 15 AS STATED IN # 40 PAGE # 12. THEREBY GIVEN ME "TIME SERVED".

I AM THEREFORE FILING THE ABOVE OBJECTIONS TO CORRECT THE NUMEROUS ERRORS THROUGHOUT MY P.S.I. I HOPE THESE MATTERS CAN BE ADDRESSED PRIOR TO SENTENCING

CC: RAW / FILE

CLERK OF COURT

SCOTT W. SAKIN

Sincerely Yours,

Randy A. Weaver

9.

RANDY A. WEAVER