HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 01-6069-CR-NCR   Date: 8/22/02
Courtroom Clerk: P. Hart   Court Reporter: Barnes
Probation Officer: present   Interpreter:
Plaintiff(s): U.S.A.   Counsel: Chase

Defendant(s): #3 Weaver (J)   Counsel: S. Sakin

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed.
27 mos, assessed $100⁰⁰, 1 yr S.R.
Mental + substance abuse, inpatient/
outpatient treatment. Anger control
program, co-payment, search +
seizure.
Misc.: M/W-draw ref to Mag Seltzer