UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 01-6069-Cr-ROETTGER

PLAINTIFF,

V.

RANDY WEAVER,

DEFENDANT.
_____/

### DEFENSE COUNSEL'S MOTION TO WITHDRAW

Counsel for Defendant, SCOTT W. SAKIN, moves this Court to discharge CJA counsel, SCOTT W. SAKIN from further representation of Defendant, RANDY WEAVER, including the Appeal, and in support thereof states the following:

1. In May 2002 the Defendant was tried for a violation of 18 U.S.C. § 111, Assault on a Federal Officer.

2. Defendant was convicted.

3. Sentencing was held on August 22, 2002, wherein Defendant was sentenced to twenty-seven (27) months followed by one (1) year supervised release.

4. Defendant, RANDY WEAVER, has alleged that CJA counsel has a conflict of interest with the Defendant. There is no longer any attorney



client relationship. The Defendant believes that counsel should have raised various issues at sentencing that counsel believed were insignificant and not germane to the sentencing process.

5. Defendant has threatened and may have filed a Bar complaint against counsel.

6. Defendant has made certain comments to counsel which because of the attorney client privilege cannot be stated, but can be repeated *in camera*, if necessary. The issue to withdraw was brought before Judge ROETTGER at the conclusion of the sentencing hearing on August 22, 2002. Judge ROETTGER indicated he would refer the matter to Magistrate Judge Seltzer.

7. The government will suffer no prejudice if new counsel is appointed. The Defendant will benefit by having a new lawyer examine the issues. New counsel will have no conflict with the Defendant. Counsel has conferred with the Assistant United States Attorney, Donald Chase, who also believes it is in everyone's best interest for new CJA counsel to be appointed for the Defendant's appeal.

**WHEREFORE**, CJA counsel for the Defendant, SCOTT W. SAKIN, hereby moves for this Court to discharge counsel for Appeal and to appoint new counsel.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to **Randy Weaver**, Jail № 900200157 (6B-308), c/o Main Jail Bureau, Post Office Box 9356, Fort Lauderdale, Florida 33310, and **DONALD CHASE, Esq.**, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33394-3002 on this **23rd** day of August, 2002.

Respectfully submitted:

SCOTT W. SAKIN, P.A.
Counsel for Defendant Weaver
1411 N.W. North River Drive
Miami, Florida 33125
Tel. No. (305) 545-0007
Fla. Bar No. 349089

By: _____
Scott W. Sakin, Esq.