FILING FEE
PAID _No_
In Forma
Pauperis _No_
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 01-6069-Cr-ROETTGER

    PLAINTIFF,

V.

RANDY WEAVER,

    DEFENDANT.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, RANDY WEAVER, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence entered in this action on the <u>22nd day of August, 2002</u>.

DATED this 29 day of August, 2002.

        Respectfully submitted:

        SCOTT W. SAKIN, P.A.
        CJA Counsel for Defendant WEAVER
        1411 N.W. North River Drive
        Miami, Florida 33125
        (305) 545-0007
        Fla. Bar No. 349089

        By:_____
        Scott W. Sakin, Esq.

**\*\*\*CJA Counsel has pending a Motion to Withdraw, due to a conflict of interest asserted by the Defendant, filed August 23, 2002.\*\*\***

