FILING FEE
PAID _____ no
In Forma _____ no
Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES of AMERICA, | ] |
| Plaintiff, | ] |
| v. | ] |
| | ] |
| RANDY ANTHONY WEAVER, | ] |
| Defendant. | ] |

01-6069-CR-ROETTGER

### DEFENDANT WEAVER'S NOTICE OF APPEAL CHALLENGING JUDGEMENT AND SENTENCE PURSUANT TO RULE 37

COMES NOW, Randy A. Weaver, the Defendant in the above-entitled matter and does hereby file his Notice of Appeal in the above-entitled matter, challenging the District Court's Judgement and Sentence, pursuant to Federal Rules of Criminal Procedure, Rule 37.

The Defendant, WEAVER would further move this Court for an Expedited Appeal in this matter, and would move that the honorable clerk forward said records, exhibits, transcripts to the Court of Appeals in a timely manner.

Respectfully Submitted,

Randy Anthony Weaver
U.S.M. # 92903-071
Federal Detention Center
P.O. Box 019120
Miami, Florida 33101-9120

-2-

### CERTIFICATE OF SERVICE AND MAILING

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 26th day of August 2002 to Donald F. Chase, Esq., Assistant United States Attorney, United States Attorney's Office 500 East Broward Boulevard, Suite #700 Fort Lauderdale, Florida 33394; Scott W. Sakin, P.A. 1411 N.W. North River Drive Miami, Florida 33125, by depositing the same in the U.S. Mail at the Federal Detention Center in Miami, Florida.

Respectfully Submitted,

Randy Anthony Weaver
Defendant
U.S.M. # 92903-071
Federal Detention Center
P.O. Box 019120
Miami, Florida  33101-9120