FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| v. | Case No.:01-6069-CR-ROETTGER<br><br>ORDER |
| RANDY WEAVER, | |
| _____Defendant._____/ | |

**THIS CAUSE** is before the Court upon motion to withdraw as counsel for defendant by attorney Scott Sakin. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the motion to withdraw as counsel is hereby **GRANTED**. This matter is hereby referred to Magistrate Judge Seltzer for the appointment of new counsel for representation on appeal.

**DONE AND ORDERED** this **6** day of **Sep**, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record