UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                                                              01-6069-CR-NCR

RANDY WEAVER

ORDER APPOINTING APPEAL COUNSEL

THIS CAUSE came before the Court on a Motion to Appoint New Counsel on Appeal (Docket entry# 74) replacing Scott Sakin Esq., who had been previously court appointed. The Court having heard said petition and being otherwise duly advised in the premises, it it hereby

ORDERED AND ADJUDGED that the following counsel be appointed:

> Mark G. Hanson, Esq.
> 2530 S.W. 3rd Ave.
> Suite 102
> Miami, FL 33129
> (305) 285-0816

DONE AND ORDERED at Fort Lauderdale, Florida this 23rd day of September, 2002.

BARRY S. SELTZER
U.S. Magistrate Judge

cc: Mark Hanson, Esq.
    Scott Sakin, Esq.
    Don Chase, AUSA
    File

