```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
vs.                          )
                             )
RANDY A. WEAVER,             )   CASE NUMBER:
                             )   01-6069-CR-NCR
                             )   Volume 1
          Defendant.         )
                             )
```

FILED BY: _____ D.C.
2003 JAN -3 PM 3:23
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL

Transcript of proceedings before the Honorable Norman C Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 7th day of June, 2002.

APPEARANCES OF COUNSEL:

  For the United States:     DON CHASE, AUSA
                                      Fort Lauderdale, Florida

  For the Defendant:         SCOTT SAKIN, ESQ.
                                      Fort Lauderdale, Florida

  Court Reporter:            Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

# NOT

# SCANNED

PLEASE REFER TO COURT FILE