```
                                              FILED by _____ D.C.
                                              CT. REP.
                                                  JAN 3 1 2003
                                              CLERK U.S. DIST. CT.
                                              S.D. OF FLA - MIAMI
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )
vs.                            )
                               )
RANDY A. WEAVER,               )     CASE NUMBER:
                               )     01-6069-CR-NCR
                               )     Volume 2
         Defendant.            )
                               )

Transcript of proceedings before the Honorable Norman C. Roettger, United States District Judge, and a jury, at Fort Lauderdale, Florida, on the 10th day of June, 2002.

APPEARANCES OF COUNSEL:            As noted.

Court Reporter:                    Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.
Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE