IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  )
                           )
       Plaintiff,          )
                           )
vs.                        )
                           )
RANDY A. WEAVER,           )   CASE NUMBER:
                           )   01-6069-CR-NCR
                           )   Volume 4
       Defendant.          )
                           )

Transcript of proceedings before the Honorable Norman C Roettger, United States District Judge, and a jury, at Fort Lauderdale, Florida, on the 13th day of June, 2002.


APPEARANCES OF COUNSEL:           As noted.


Court Reporter:                   Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.
Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**