**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #02-14883-F    Date: March 7, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 01-6069-CR-NCR
56 Forsyth St., N.W.                    USCA # 02-14883-F
Atlanta, GA  30303

IN RE:  USA v. Weaver
```
===================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

```
     1   Volume of Pleadings
     8   Volumes of Transcripts

     X   Exhibits:

         1   PSI (sealed)
```

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
           Deputy Clerk


Please Acknowledge Receipt of Certificate of Readiness.

_____
     Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                        BSS       CLOSED
                                                        APPEAL
                       U.S. District Court
             Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 01-CR-6069-ALL

USA v. Weaver                                        Filed: 04/03/01
Dkt# in other court: None

Case Assigned to: Judge Norman C. Roettger, Jr.

RANDY ANTHONY WEAVER (1)         Scott William Sakin
    defendant                      [term  08/30/02]
  [term  08/30/02]                FTS 325-0331
                                  305-545-0007
                                  [COR LD NTC cja]
                                  1411 NW North River Drive
                                  Miami, FL 33125

                                  Mark Graham Hanson
                                  FTS 442-0733
                                  305-285-0816
                                  Suite 102
                                  [COR LD NTC cja]
                                  2530 SW 3rd Avenue
                                  Miami, FL 33129-2034


Pending Counts:                   Disposition

18:111.F                          Imprisonment 27 months;
ASSAULTING/RESISTING/IMPEDING     Supervised Release 12 months;
OFFICERS/EMPLOYEES       (1)      Assessment $100.00
                                  (1)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE



Docket as of March 6, 2003 11:28 am              Page 1
```

[Certification stamp: "Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida" Signed by Deputy Clerk, Date 3-10-03]

```
Proceedings include all events.                                    BSS
0:01cr6069-ALL USA v. Weaver                             CLOSED APPEAL

RANDY ANTHONY WEAVER

            defendant


==========================

USA

            plaintiff


U. S. Attorneys:

    Donald Chase
    FTS 356-7336
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

    PTS Officer
    954-769-5600
    [COR LD NTC]
    Pretrial Services Office
    101 NE 3rd Avenue
    Suite 200
    Fort Lauderdale, FL 33301
    954-769-5600

    Probation Officer
    FTS 769-5566
    954-769-5500
    [COR LD NTC]
    United States Probation Office
    299 E Broward Boulevard
    Room 409
    Fort Lauderdale, FL 33301-1865
    954-769-5500
```

```
Proceedings include all events.                                              BSS
0:01cr6069-ALL USA v. Weaver                    Beg. vol. 1      CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 4/3/01 | 1 | INDICTMENT as to Randy Anthony Weaver (1) count(s) 1 (Criminal Category 1) (dd) [Entry date 04/03/01] |
| 4/3/01 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (dd) [Entry date 04/03/01] |
| 4/3/01 | 2 | ARREST WARRANT issued as to Randy Anthony Weaver . Warrant issued by Magistrate Judge Lurana S. Snow  Bail fixed at PTD Requested (dd) [Entry date 04/03/01] |
| 5/4/01 | 3 | Minutes of I/A on Indictment held on May 4, 2001 before Magistrate Judge Lurana S. Snow as to Randy Anthony Weaver ; set Detention Hearing for May 8, 2001 at 9:30 a.m. before Magistrate Barry S. Seltzer, set Arraignment for May 8, 2001 at 9:30 a.m. before Magistrate Barry S. Seltzer Tape #: 01-025(1617-1873) (aj) [Entry date 05/07/01] |
| 5/4/01 | 4 | ORDER on Initial Appearance as to Randy Anthony Weaver for appointment of counsel: Scott Sakin appointed Arraignment set for 9:30 5/8/01 for Randy Anthony Weaver ; Detention hearing set for 9:30 5/8/01 for Randy Anthony Weaver ; before Magistrate Barry S. Seltzer, , ( Signed by Magistrate Judge Lurana S. Snow on 5/4/01) CCAP (aj) [Entry date 05/07/01] |
| 5/4/01 | -- | ARREST of Randy Anthony Weaver (dr) [Entry date 03/13/02] |
| 5/7/01 | 5 | Arrest WARRANT Returned Executed as to Randy Anthony Weaver on 5/4/01 (aj) [Entry date 05/08/01] |
| 5/7/01 | 8 | RESPONSE to Standing Discovery Order by USA as to Randy Anthony Weaver (aj) [Entry date 05/08/01] |
| 5/8/01 | 6 | STANDING DISCOVERY ORDER as to Randy Anthony Weaver  all motions concerning matters not covered by this order must be filed within 28 days of this order ( Signed by Magistrate Barry S. Seltzer on 5/8/01)  CCAP (aj) [Entry date 05/08/01] |
| 5/8/01 | 7 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Randy Anthony Weaver  Status conference set for 11:00 5/23/01 for Randy Anthony Weaver  before Magistrate Judge Lurana S. Snow ( Signed by Magistrate Barry S. Seltzer on 5/8/01) CCAP [EOD Date: 5/8/01]  CCAP (aj) [Entry date 05/08/01] |
| 5/8/01 | 9 | Minutes of PTD Hearing/Arraignment held on 5/8/01 before Magistrate Barry S. Seltzer as to Randy Anthony Weaver ; NOT GUILTY: Randy Anthony Weaver (1) count 1, set status conference for 5/23/01 at 11:00 a.m before Magistrate Judge Lurana S. Snow Tape #: 01-029(310-905) (aj) [Entry date 05/09/01] |

Proceedings include all events.                                              BSS
0:01cr6069-ALL USA v. Weaver                               Vol. 1 Cont.  CLOSED APPEAL

| Date | # | Entry |
|---|---|---|
| 5/8/01 | 10 | ARRAIGNMENT INFORMATION SHEET for Randy Anthony Weaver (1) count(s) 1   NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (aj) [Entry date 05/09/01] |
| 5/8/01 | 11 | CJA 20 as to Randy Anthony Weaver : Appointment of Attorney Scott William Sakin ( Signed by Magistrate Judge Lurana S. Snow  on 5/4/01) (aj) [Entry date 05/09/01] |
| 5/16/01 | 12 | ORDER OF DETENTION as to Randy Anthony Weaver  before Magistrate Barry S. Seltzer ( Signed by Magistrate Barry S. Seltzer on 5/15/01)  CCAP (aj) [Entry date 05/16/01] |
| 5/16/01 | 13 | NOTICE of by Randy Anthony Weaver as to Randy Anthony Weaver Request for Rule 404(b) Evidence (aj) [Entry date 05/18/01] |
| 5/16/01 | 14 | NOTICE of by Randy Anthony Weaver as to Randy Anthony Weaver Request for Expert Witness Summaries (aj) [Entry date 05/18/01] |
| 5/18/01 | 15 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Randy Anthony Weaver (aj) [Entry date 05/21/01] |
| 5/23/01 | 16 | Minutes of status conference held on 5/23/01 before Magistrate Judge Lurana S. Snow as to Randy Anthony Weaver Court Tape #01/27 500-578 (mh) [Entry date 05/23/01] |
| 6/1/01 | 17 | MOTION by Randy Anthony Weaver to compel FCI, Miami to furnish defendant's legal documents (mh) [Entry date 06/04/01] |
| 6/19/01 | 18 | NOTICE of Hearing as to Randy Anthony Weaver :  Proceeding in Case set for 7/23/01 at 10:30 Set calendar call for 7/24/01 for Randy Anthony Weaver before Judge Norman C. Roettger Jr. (aj) [Entry date 06/20/01] |
| 6/25/01 | 19 | MOTION by Randy Anthony Weaver to re-open detention hearing (ss) [Entry date 06/26/01] |
| 6/29/01 | 20 | ORDER as to Randy Anthony Weaver denying [19-1] motion to re-open detention hearing as to Randy Anthony Weaver (1) (Signed by Magistrate Barry S. Seltzer on 6/29/01) [EOD Date: 7/3/01] CCAP (mh) [Entry date 07/03/01] |
| 7/11/01 | 21 | JOINT MOTION by Randy Anthony Weaver for continuance of trial (ss) [Entry date 07/12/01] |
| 7/11/01 | 22 | ORDER as to Randy Anthony Weaver granting [21-1] joint motion for continuance of trial as to Randy Anthony Weaver (1) (Signed by Judge Norman C. Roettger Jr. on 7/11/01) [EOD Date: 7/13/01] CCAP (ss) [Entry date 07/13/01] |
| 7/17/01 | 23 | SUPPLEMENT by USA as to Randy Anthony Weaver to: [8-1] order response (ss) [Entry date 07/18/01] |

```
Proceedings include all events.                                      BSS
0:01cr6069-ALL USA v. Weaver                               CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 7/23/01 | 24 | MOTION by Randy Anthony Weaver to challenge Magistrate's [12-1] detention order (ss) [Entry date 07/24/01] |
| 7/23/01 | 25 | SUPPLEMENT by USA as to Randy Anthony Weaver to: [8-1] order response (ss) [Entry date 07/24/01] |
| 7/27/01 | 26 | NOTICE OF WITHDRAWAL of [17-1] motion to compel FCI, Miami to furnish defendant's legal documents as to Randy Anthony Weaver (1) by Randy Anthony Weaver (ss) [Entry date 07/30/01] |
| 8/3/01 | 27 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Randy Anthony Weaver (dp) [Entry date 08/06/01] |
| 8/28/01 | 28 | REQUEST by Randy Anthony Weaver for copy of Court transcripts (ss) [Entry date 08/29/01] |
| 8/28/01 | 29 | MOTION by Randy Anthony Weaver to suppress illegally seized property (ss) [Entry date 08/29/01] |
| 8/28/01 | 30 | MEMORANDUM by Randy Anthony Weaver in support of [29-1] motion to suppress illegally seized property (ss) [Entry date 08/29/01] |
| 8/28/01 | 31 | AFFIDAVIT by Randy Anthony Weaver in support of [29-1] motion for return and suppression of property seized from residence without search warrant (ss) [Entry date 08/29/01] |
| 9/17/01 | 32 | REVISED ORDER RE: Trial Instructions as to Randy Anthony Weaver (Signed by Judge Norman C. Roettger Jr. on 9/17/01) [EOD Date: 9/18/01] CCAP (ss) [Entry date 09/18/01] |
| 9/17/01 | 33 | NOTICE of Hearing as to Randy Anthony Weaver: Set Jury trial for 9:30 10/1/01 for Randy Anthony Weaver before Judge Norman C. Roettger Jr. (ss) [Entry date 09/18/01] |
| 9/21/01 | 34 | MOTION by Randy Anthony Weaver to discharge CJA Counsel (Scott W. Sakin), and to represent himself pursuant to Faretta vs. California (ss) [Entry date 09/24/01] |
| 9/25/01 | 35 | MOTION by Randy Anthony Weaver to dismiss indictment with prejudice on grounds of vindictive prosecution, pre-indictment delay, bad faith, outrageous misconduct and due process violations (ss) [Entry date 09/26/01] |
| 9/25/01 | 36 | AFFIDAVIT by Randy Anthony Weaver Re: [35-1] motion to dismiss indictment with prejudice on grounds of vindictive prosecution, pre-indictment delay, bad faith, outrageous misconduct and due process violations (ss) [Entry date 09/26/01] |
| 9/25/01 | 37 | MOTION by Randy Anthony Weaver in limine re: evidence (ss) [Entry date 09/27/01] |

Proceedings include all events.                                              BSS
0:01cr6069-ALL USA v. Weaver                                          CLOSED APPEAL

*Vol. 1 cont.*

| Date | Doc | Description |
|---|---|---|
| 9/26/01 | 38 | Minutes of Faretta Hearing held on 9/26/01 before Magistrate Judge Lurana S. Snow as to Randy Anthony Weaver; Court Reporter Name or Tape #: 01-041 @ 1673-2033 (ss) [Entry date 09/27/01] |
| 9/26/01 | -- | Faretta hearing as to Randy Anthony Weaver re: [34-1] motion to discharge CJA Counsel (Scott W. Sakin) before Judge Norman C. Roettger Jr. (ss) [Entry date 09/27/01] |
| 9/26/01 | 39 | MOTION by Randy Anthony Weaver to compel discovery (ss) [Entry date 09/27/01] |
| 9/26/01 | 40 | NOTICE by Randy Anthony Weaver to compel polygraph examination of prosecution witness (ss) [Entry date 09/27/01] |
| 9/26/01 | 41 | MEMORANDUM by Randy Anthony Weaver in support of [40-1] motion to compel polygraph examination of prosecution witness (ss) [Entry date 09/27/01] |
| 9/28/01 | 42 | ORDER as to Randy Anthony Weaver denying [34-2] motion to represent himself pursuant to Faretta vs. California as to Randy Anthony Weaver (1) ( Signed by Magistrate Judge Lurana S. Snow on 9/28/01) [EOD Date: 10/1/01] CCAP☒ (dp) [Entry date 10/01/01] |
| 9/28/01 | 43 | Proposed Jury Instructions by USA as to Randy Anthony Weaver (dp) [Entry date 10/01/01] |
| 9/28/01 | 44 | Proposed Voir Dire Questions by USA as to Randy Anthony Weaver (dp) [Entry date 10/01/01] |
| 10/1/01 | 45 | ORDER as to Randy Anthony Weaver denying without prejudice [24-1] motion to challenge Magistrate's [12-1] detention order as to Randy Anthony Weaver (1), denying without prejudice [28-1] motion for copy of Court transcripts as to Randy Anthony Weaver (1), denying without prejudice [29-1] motion to suppress illegally seized property as to Randy Anthony Weaver (1), denying without prejudice [35-1] motion to dismiss indictment with prejudice on grounds of vindictive prosecution, pre-indictment delay, bad faith, outrageous misconduct and due process violations as to Randy Anthony Weaver (1), denying without prejudice [39-1] motion to compel discovery as to Randy Anthony Weaver (1), denying without prejudice [40-1] motion to compel polygraph examination of prosecution witness as to Randy Anthony Weaver (1) (Signed by Judge Norman C. Roettger Jr. on 9/28/01) [EOD Date: 10/2/01] CCAP☒ (ss) [Entry date 10/02/01] |
| 10/2/01 | 46 | SUPPLEMENT by USA as to Randy Anthony Weaver to: [8-1] order response (ss) [Entry date 10/03/01] |

```
Proceedings include all events.                                              BSS
0:01cr6069-ALL USA v. Weaver                                          CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 10/9/01 | 47 | ORDER as to Randy Anthony Weaver adopting findings of fact and statement of reasons for the detention; denying appeal from the order granting government's motion for pretrial detention (Signed by Judge Norman C. Roettger Jr. on 10/3/01) [EOD Date: 10/10/01] CCAP (ss) [Entry date 10/10/01] |
| 11/13/01 | 48 | NOTICE of Unavailability by USA as to Randy Anthony Weaver for dates of: 11/26/01 through 12/5/01 (ss) [Entry date 11/15/01] |
| 12/20/01 | 49 | NOTICE of Hearing as to Randy Anthony Weaver : set calendar call for 1/15/02 for Randy Anthony Weaver before Judge Norman C. Roettger Jr., set Jury trial for 10:00 1/14/02 for Randy Anthony Weaver before Judge Norman C. Roettger Jr. (dp) [Entry date 12/21/01] |
| 1/2/02 | 50 | MOTION by USA as to Randy Anthony Weaver to continue trial (lh) [Entry date 01/03/02] |
| 1/18/02 | 51 | SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Randy Anthony Weaver (dp) [Entry date 01/23/02] |
| 1/23/02 | 52 | EMERGENCY MOTION by USA as to Randy Anthony Weaver to continue trial (lh) [Entry date 01/24/02] |
| 1/28/02 | 53 | NOTICE of Hearing as to Randy Anthony Weaver: Set calendar call for 10:00 3/4/02 for Randy Anthony Weaver before Judge Norman C. Roettger Jr. (ss) [Entry date 01/30/02] |
| 2/25/02 | 54 | MOTION by USA as to Randy Anthony Weaver to continue trial (dp) [Entry date 02/26/02] |
| 2/26/02 | 55 | MOTION by Randy Anthony Weaver to dismiss indictment with prejudice pursuant to the Speedy Trial Act (ss) [Entry date 02/27/02] |
| 3/1/02 | 56 | Speedy Trial Report by USA as to Randy Anthony Weaver (ss) [Entry date 03/04/02] |
| 3/4/02 | 57 | MOTION by Randy Anthony Weaver to dismiss indictment with prejudice pursuant to the Speedy Trial Act (ss) [Entry date 03/05/02] |
| 4/15/02 | 58 | MOTION by Randy Anthony Weaver for release from illegal detention/imprisonment pursuant to writ of habeas corpus (ss) [Entry date 04/17/02] |
| 4/18/02 | 59 | NOTICE of Hearing as to Randy Anthony Weaver : reset calendar call for 10:00 a.m., on 6/10/02 for Randy Anthony Weaver (tw) [Entry date 04/18/02] |

```
Proceedings include all events.                                              BSS
0:01cr6069-ALL USA v. Weaver                                         CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 6/4/02 | 60 | CERTIFICATION FOR TRANSFER as to Randy Anthony Weaver . ( Signed by Magistrate Judge Lurana S. Snow on 6/4/02) [EOD Date: 6/5/02]   CCAP (lh) [Entry date 06/05/02] |
| 6/6/02 | 61 | RESPONSE by USA as to Randy Anthony Weaver re [55-1] motion to dismiss indictment with prejudice, [57-1] motion to dismiss indictment with prejudice (ss) [Entry date 06/07/02] |
| 6/7/02 | 62 | Minutes of Calendar Call held on 6/7/02 before Judge Norman C. Roettger Jr. as to Randy Anthony Weaver; Jury Selection 6/10/02 at 10:00; Court Reporter Name or Tape #: Reeves (ss) [Entry date 06/10/02] |
| 6/7/02 | -- | Calendar call as to Randy Anthony Weaver held before Judge Norman C. Roettger Jr. (ss) [Entry date 06/10/02] |
| 6/7/02 | 63 | Requested Voir Dire questions by Randy Anthony Weaver (dp) [Entry date 06/11/02] |
| 6/10/02 | -- | Voir dire begun as to Randy Anthony Weaver (1) count(s) 1 (ss) [Entry date 06/18/02] |
| 6/10/02 | -- | Jury trial as to Randy Anthony Weaver held before Judge Norman C. Roettger Jr. (ss) [Entry date 06/18/02] |
| 6/13/02 | 64 | Minutes of Jury Selection held on 6/10/02 before Judge Norman C. Roettger Jr. as to Randy Anthony Weaver; Trial continued to 6/11/02, 6/12/02 and 6/3/02; Court Reporter Name or Tape #: Reeves (ss) [Entry date 06/18/02] |
| 6/13/02 | 65 | Exhibit and Witness List as to Randy Anthony Weaver (ss) [Entry date 06/18/02] |
| 6/13/02 | 66 | JURY VERDICT as to Randy Anthony Weaver Guilty: Randy Anthony Weaver (1) count(s) 1 (ss) [Entry date 06/18/02] |
| 6/18/02 | 67 | Court's Jury instructions as to Randy Anthony Weaver (ss) [Entry date 06/19/02] |
| 7/31/02 | 68 | ORDER as to Randy Anthony Weaver reassigning case to Magistrate Judge Barry S. Seltzer ( Signed by Judge Norman C. Roettger Jr. on 7/31/02) [EOD Date: 8/1/02] CCAP (lh) [Entry date 08/01/02] |
| 7/31/02 | -- | Magistrate identification: Magistrate Judge Barry S. Seltzer (lh) [Entry date 08/01/02] |
| 8/19/02 | 69 | POSITION with respect to sentencing factors by Randy Anthony Weaver (dp) [Entry date 08/20/02] |
| 8/20/02 | 70 | OBJECTION by Randy Anthony Weaver to Presentence Investigation Report (dp) [Entry date 08/21/02] |

```
Proceedings include all events.                                           BSS
0:01cr6069-ALL USA v. Weaver                                    CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 8/22/02 | -- | Sentencing held before Judge Norman C. Roettger Jr. Randy Anthony Weaver (1) count(s) 1 (ss) [Entry date 09/03/02] |
| 8/26/02 | 71 | Minutes of Sentencing held on 8/22/02 before Judge Norman C. Roettger Jr. as to Randy Anthony Weaver; Court Reporter Name or Tape #: Reeves (ss) [Entry date 08/27/02] |
| 8/26/02 | 72 | MOTION by Randy Anthony Weaver for Scott W. Sakin to withdraw as attorney (ss) [Entry date 08/27/02] |
| 8/30/02 | 73 | JUDGMENT as to Randy Anthony Weaver (1) count(s) 1. Imprisonment 27 months; Supervised Release 12 months; Assessment $100.00 (Signed by Judge Norman C. Roettger Jr. on 8/30/02) [EOD Date: 9/3/02] CCAP (ss) [Entry date 09/03/02] |
| 9/3/02 | 74 | NOTICE OF APPEAL by Randy Anthony Weaver re: [73-1] judgment order   EOD Date: 9/3/02; Randy Anthony Weaver (1) count(s) 1;   Filing Fee: $ NO FEE REQUIRED - CJA. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/05/02] |
| 9/3/02 | 75 | DUPLICATE NOTICE OF APPEAL by Randy Anthony Weaver re: [73-1] judgment order   EOD Date: 9/3/02; Randy Anthony Weaver (1) count(s) 1;   Filing Fee: $ NO FEE PAID. Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 09/05/02] |
| 9/5/02 | -- | Certified copies of Notice of Appeal and Duplicate Notice of Appeal, Docket and Order under appeal to USCA: as to Randy Anthony Weaver [75-1] appeal, [74-1] appeal (gf) [Entry date 09/05/02] |
| 9/9/02 | 76 | ORDER as to Randy Anthony Weaver granting [72-1] motion for Scott W. Sakin to withdraw as attorney (Terminated: attorney Scott William Sakin for Randy Anthony Weaver; appointment of new counsel for representation on appeal referred to Magistrate Judge Seltzer (Signed by Judge Norman C. Roettger Jr. on 9/6/02) [EOD Date: 9/10/02] CCAP (ss) [Entry date 09/10/02] |
| 9/13/02 | 77 | TRANSCRIPT INFORMATION FORM as to Randy Anthony Weaver  re: [75-1] appeal   received on 9/17/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 09/17/02] |
| 9/16/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA  on 9/16/02 as to Randy Anthony Weaver  Re: [74-1] appeal  USCA Number: 02-14883-F (dl) [Entry date 09/17/02] |
| 9/16/02 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA  on 9/16/02 as to Randy Anthony Weaver  Re: [75-1] appeal  USCA Number: 02-14883-F (dl) |

```
Proceedings include all events.                                    BSS
0:01cr6069-ALL USA v. Weaver                              CLOSED APPEAL
```

            [Entry date 09/17/02]                    Vol. 1 Cont

| Date | # | Entry |
|---|---|---|
| 9/23/02 | 78 | ORDER as to Randy Anthony Weaver appointing Mark G. Hanson, Esq. as appeal counsel (Signed by Magistrate Barry S. Seltzer on 9/23/02) [EOD Date: 9/24/02] CCAP※ (ss) [Entry date 09/24/02] |
| 10/8/02 | 81 | TRANSCRIPT INFORMATION FORMS (2) as to Randy Anthony Weaver re: [75-1] appeal, [74-1] appeal received on 10/16/02 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 10/16/02] |
| 10/16/02 | 79 | TRANSCRIPT filed as to Randy Anthony Weaver of Faretta Hearing held 9/26/01 before Judge Lurana S. Snow Volume #: 1 Pages: 1-10 re: [75-1] appeal, [74-1] appeal . Appeal record due on 10/31/02 for Randy Anthony Weaver (gf) [Entry date 10/16/02]  Vol. 4 |
| 10/16/02 | 80 | Transcript Information Form as to Randy Anthony Weaver for Transcript of: Faretta Hearing held 9/26/01 filed re: [75-1] appeal by Randy Anthony Weaver, [74-1] appeal by Randy Anthony Weaver (gf) [Entry date 10/16/02] |
| 10/29/02 | 82 | MOTION by Randy Anthony Weaver for approval of request for transcripts of trial, including voir dire, opening statements, and closing arguments at government expense (ss) [Entry date 10/30/02] |
| 12/9/02 | 83 | Judgment Returned Executed as to Randy Anthony Weaver on 11/13/02 at BOP FCI Miami (gp) [Entry date 12/10/02] |
| 12/9/02 | 84 | Judgment Returned Executed as to Randy Anthony Weaver on 11/13/02 at BOP FCI Miami (gp) [Entry date 12/10/02] |
| 1/3/03 | 85 | TRANSCRIPT filed as to Randy Anthony Weaver of Calendar Call held 6/7/02 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-10 re: [75-1] appeal, [74-1] appeal . (gf) [Entry date 01/06/03]  Vol. 5 |
| 1/31/03 | 86 | TRANSCRIPT filed as to Randy Anthony Weaver of Trial Proceedings held 6/10/02 before Judge Norman C. Roettger, Jr. Volume #: 2 Pages: 11-158 re: [75-1] appeal, [74-1] appeal . Appeal record due on 2/18/03 for Randy Anthony Weaver (gf) [Entry date 02/03/03]  Vol. 6 |
| 1/31/03 | 87 | TRANSCRIPT filed as to Randy Anthony Weaver of Trial Proceedings held 6/12/02 before Judge Norman C. Roettger, Jr. Volume #: 3 Pages: 159-333 re: [75-1] appeal, [74-1] appeal . Appeal record due on 2/18/03 for Randy Anthony Weaver (gf) [Entry date 02/03/03]  Vol. 7 |

```
Proceedings include all events.                                    BSS
0:01cr6069-ALL USA v. Weaver                                CLOSED APPEAL
```

| Date | Doc# | Entry |
|---|---|---|
| 1/31/03 | 88 | TRANSCRIPT filed as to Randy Anthony Weaver of Trial Proceedings held 6/13/02 before Judge Norman C. Roettger, Jr. Volume #: 4  Pages: 334-419  re: [75-1] appeal, [74-1] appeal . Appeal record due on 2/18/03 for Randy Anthony Weaver (gf) [Entry date 02/03/03]   Vol. 8 |
| 1/31/03 | 89 | TRANSCRIPT filed as to Randy Anthony Weaver of Sentencing Proceedings held 8/22/02 before Judge Norman C. Roettger, Jr. Volume #: 1  Pages: 1-31  re: [75-1] appeal, [74-1] appeal . Appeal record due on 2/18/03 for Randy Anthony Weaver (gf) [Entry date 02/03/03]   Vol. 9 |
| 2/14/03 | 90 | SUPPLEMENTAL TRANSCRIPT INFORMATION FORM as to Randy Anthony Weaver re: [74-1] appeal received on 2/18/03 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 02/19/03] |
| 3/3/03 | 91 | TRANSCRIPT filed as to Randy Anthony Weaver of Initial Appearance held 5/4/01 before Judge Lurana S. Snow Volume #: 1  Pages: 1-8  re: [75-1] appeal, [74-1] appeal . Appeal record due on 3/18/03 for Randy Anthony Weaver (gf) [Entry date 03/04/03]   Vol. 2 |
| 3/3/03 | 92 | TRANSCRIPT filed as to Randy Anthony Weaver of Status Conference held 5/23/01 before Judge Lurana S. Snow Volume #: 1  Pages: 1-5  re: [75-1] appeal, [74-1] appeal . Appeal record due on 3/18/03 for Randy Anthony Weaver (gf) [Entry date 03/04/03]   Vol. 3 |
| 3/3/03 | 93 | Transcript Information Form as to Randy Anthony Weaver for Transcript of: Initial Appearance and Status Conference held 5/4/01 & 5/23/01 filed re: [75-1] appeal by Randy Anthony Weaver, [74-1] appeal by Randy Anthony Weaver (gf) [Entry date 03/04/03] |
| 3/6/03 | 94 | Certificate of readiness transmitted to USCA as to Randy Anthony Weaver  re: [75-1] appeal by Randy Anthony Weaver, [74-1] appeal by Randy Anthony Weaver  USCA # 02-14883-F (dl) [Entry date 03/06/03]   End. Vol. 1 |