```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
vs.                         )
                            )
RANDY WEAVER,               )      CASE NUMBER:
                            )      01-6069-CR-NCR
                            )
         Defendant.         )
                            )


         Transcript of proceedings before the Honorable Norman C.
Roettger, United States District Judge, at Fort Laudrdale,
Florida, on the 14th day of January, 2002.



APPEARANCES OF COUNSEL:

   For the United States:          DONALD CHASE, AUSA
                                   Fort Lauderdale, Florida

   For the Defendant:              SCOTT SAKIN, ESQ.
                                   Fort Lauderdale, Florida


   Court Reporter:                 Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE