```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
vs.                        )
                           )
RANDY WEAVER,              )    CASE NUMBER:
                           )    01-6069-CR-NCR
                           )
         Defendant.        )
                           )
```

Transcript of proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 4th day of March, 2002.

APPEARANCES OF COUNSEL:

   For the United States:      ROGER POWELL, AUSA
                                           Fort Lauderdale, Florida

   For the Defendant:          JAMES BENJAMIN, ESQ.
                                           Fort Lauderdale, Florida


   Court Reporter:             Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE