# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
**299 East Broward Boulevard**
**Fort Lauderdale, FL 33301**
**954-769-5400**

**CLARENCE MADDOX**
**Court Administrator/Clerk of Court**

Clerk's Office - Appeal #02-14883-F        Date: May 9, 2003
U.S. Court of Appeals - Eleventh Circuit  USDC # 01-6069-CR-NCR
56 Forsyth St., N.W.                       USCA # 02-14883-F
Atlanta, GA  30303

IN RE: **USA v. Randy Anthony Weaver**

================================================================

### 1ˢᵗ Supplemental Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for
the Southern District of Florida hereby certifies that, as shown on
the enclosed index, the record is complete for purposes of this
appeal.  The record (including the transcripts or parts thereof
designated for inclusion and all necessary exhibits) consists of:

__2__  Volumes of Transcripts

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                      Deputy Clerk

Please Acknowledge Receipt of 1ˢᵗ Supplemental COR.

_____
        Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism*
*for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*



```
Proceedings include events between 4/4/03 and 5/9/03.                    BSS
0:01cr6069-ALL USA v. Weaver                              CLOSED APPEAL

                                                     BSS    CLOSED
                                                     APPEAL

                       U.S. District Court
              Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 01-CR-6069-ALL

USA v. Weaver                                        Filed: 04/03/01
Dkt# in other court: None
```

| | | |
|---|---|---|
| 4/4/03 | 96 | TRANSCRIPT filed as to Randy Anthony Weaver  of Proceedings held 1/14/02  before Judge Norman C. Roettger, Jr.  Volume #: 1  Pages: 1-6  re: [75-1] appeal, [74-1] appeal . (gf) [Entry date 04/08/03]  *Supp. 1, Vol. 1* |
| 4/4/03 | 97 | TRANSCRIPT filed as to Randy Anthony Weaver  of Proceedings held 3/4/02  before Judge Norman C. Roettger, J(r.  Volume #: 1  Pages: 1-4  re: [75-1] appeal, [74-1] appeal . (gf) [Entry date 04/08/03]  *Supp. 1, Vol. 2* |
| 5/9/03 | 98 | 1st Supplemental Certificate of Readiness transmitted to USCA as to Randy Anthony Weaver re: [75-1] appeal by Randy Anthony Weaver, [74-1] appeal by Randy Anthony Weaver USCA # 02-14883-F (gf) [Entry date 05/09/03] |



```
Docket as of May 9, 2003 11:41 am                   Page 1
```