855

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

October 14, 2003

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 02-14883-FF USA v. Randy Anthony Weaver
DC DKT NO.: 01-06069 CR-NCR

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
Original Exhibits, consisting of: one psi
Original record on appeal or review, consisting of: nine volumes, two volumes supplemental

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James Delaney (404) 335-6113

Encl.

99

# United States Court of Appeals
For the Eleventh Circuit

No. 02-14883

District Court Docket No.
01-06069-CR-NCR

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sep 15, 2003
THOMAS K. KAHN
CLERK
FILED by ______ D.C.
OCT 17 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD
A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit
By:
Deputy Clerk
Atlanta, Georgia

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDY ANTHONY WEAVER,

Defendant-Appellant,

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
OCT 14 2003
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: September 15, 2003
For the Court: Thomas K. Kahn, Clerk
By: Jackson, Jarvis

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 1 5 2003
THOMAS K. KAHN
CLERK
FILED by D.C.
OCT 1 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

No. 02-14883
Non-Argument Calendar

---

D.C. Docket No. 01-06069-CR-NCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDY ANTHONY WEAVER,

Defendant-Appellant.

---

Appeal from the United States District Court for the
Southern District of Florida

---

(September 15, 2003)

Before ANDERSON, BLACK and HILL, Circuit Judges.

PER CURIAM:

Mark Graham Hanson, appointed counsel for Randy Anthony Weaver in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Weaver's conviction and sentence are **AFFIRMED**.

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: [signature]
Deputy Clerk
Atlanta, Georgia